**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Metal Partners Rebar, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Metal Partners International <br> DBA  MPI <br> DBA  FGH Rebar |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 26-3061220 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 302 Knights Run Ave., #1104 <br> Tampa, FL 33602 <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Hillsborough <br> County | **Location of principal assets, if different from principal place of business** <br> 3101 E. Craig Road North Las Vegas, NV 89030 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | metalpi.com |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Metal Partners Rebar, LLC              Case number (*if known*) _____
       Name

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B. Check all that apply**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.**
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     3321

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**Check one:**

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. **Check all that apply:**

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | See Attachment | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known _____ |

Debtor    Metal Partners Rebar, LLC                                    Case number (*if known*) _____
      Name

**11.  Why is the case filed in this district?**    *Check all that apply:*

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
        Contact name    _____
        Phone    _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000        ☐ More than100,000
☑ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☑ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☑ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    Metal Partners Rebar, LLC
        Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6-16-20
        MM / DD / YYYY

X _____    Joseph Tedesco
  Signature of authorized representative of debtor    Printed name

Title    Chief Financial Officer

**18. Signature of attorney**

X _____    Date   6-16-20
  Signature of attorney for debtor    MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170    Email address   mzirzow@lzlawnv.com

7222 NV
Bar number and State

Debtor    Metal Partners Rebar, LLC                                        Case number (if known) _____
          Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____    Chapter    11

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | BCG Ownco, LLC | | Relationship to you | Affilate |
| District | Nevada | When    6/16/20 | Case number, if known | 20- |
| Debtor | BGD LV Holding, LLC | | Relationship to you | Affilate |
| District | Nevada | When    6/16/20 | Case number, if known | 20- |
| Debtor | BRG Holding, LLC | | Relationship to you | Affilate |
| District | Nevada | When    6/16/20 | Case number, if known | 20- |

---

**Fill in this information to identify the case:**

Debtor name ___Metal Partners Rebar, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __6-16-20__          X _____
                                   Signature of individual signing on behalf of debtor

                                   Joseph Tedesco
                                   Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor

---

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name | Metal Partners Rebar, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gerdau Attn: Bankruptcy/Managing Agent 1 North Crossman Road Sayreville, NJ 08872 | Tom Sondgeroth thomas.sondgeroth @gerdau.com 469-426-2919 | Vendor | | | | $4,976,767.00 |
| Commercial Metals Company Attn: Bankruptcy/Managing Agent 6565 N. Macarthur Blvd., Ste. 800 Irving, TX 75039 | Suzy Rhodes suzy.rhodes@cmc.com 214-689-5887 | Vendor | Contingent Unliquidated Disputed Subject to Setoff | | | $4,623,675.26 |
| Consolidated Construction Products Inc. Attn: Bankruptcy/Managing Agent PO Box 1329 Andover, OH 44003 | Ken Lance klance@ccp-inc.net 440-858-3222 | Vendor | Subject to Setoff | | | $2,338,165.00 |
| Steel Dynamics - Roanoke Attn: Bankruptcy/Managing Agent 102 Westside Blvd NW Roanoke, VA 24017 | Parker Arthur parker.arthur@steel dynamics.com 800-753-3532 | Vendor | | | | $1,551,973.00 |
| Bayou Steel Group Attn: Bankruptcy/Managing Agent PO Box 843767 Dallas, TX 75284 | John Scott Bender johnscott.bender@b ayousteel.com 985-652-0316 | Vendor | | | | $1,460,870.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Metal Partners Rebar, LLC                                                    Case number (if known)
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stamford Metal Group Attn: Bankruptcy/Managing Agent 8 Wright St. Westport, CT 06880 | Derin Talinli derin@stamfordmetalgroup.com 203-504-2226 | Vendor | | | | $1,377,858.75 |
| Voest Alpine Intertrading AG Attn: Bankruptcy/Managing Agent PO Box 4960 Msc #225 Houston, TX 77210 | AimmeTubbs aimee.tubbs@vaitus.com 713-203-6226 | Vendor | | | | $911,435.97 |
| Steel Dynamics - Columbia City Attn: Bankruptcy/Managing Agent 2601 S. 700 E Columbia City, IN 46725 | Nick Jenks nick.jenks@steeldynamics.com | Vendor | | | | $757,958.00 |
| Ferriere Nord Spa Via delle Ferriere Zona Industriale Rivoli Osoppo UD Italy 33010 | pittinigroup@pittini.it +39 0432 062811 | Vendor | | | | $731,481.00 |
| Simec USA Corporation Attn: Bankruptcy/Managing Agent 1700 Cleveland Ave., Suite B National City, CA 91950 | David Games dogames@gruposimec.com.mx | Vendor | | | | $690,861.53 |
| ATA Steel Corp Attn: Bankruptcy/Managing Agent 101 Roseville Rd. Westport, CT 06880 | Derin Talinli derin@stamfordmetalgroup.com 203-504-2226 | Vendor | | | | $588,075.46 |
| Interlink - Celerity Attn:  Bankruptcy Dep't/Managing Agt 58 Par-La-Ville Road Hamilton HM11, Bermuda | chartering@interlinkmaritlme.com 1-441-297-5000 | Vendor | | | | $410,035.63 |

Debtor   Metal Partners Rebar, LLC _____     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EVRAZ Rocky Mountain Steel Attn: Bankruptcy Dept/Managing Agent 2100 South Freeway Pueblo, CO 81004 | | Vendor | | | | $381,495.00 |
| Nucor Steel Connecticut, Inc Attn: Bankruptcy/Managing Agent PO Box 822361 Philadelphia, PA 19182-2361 | Dan Fortin daniel.fortin@nucor.com 203-949-6810 | Vendor | | | | $362,365.84 |
| Wire Mesh Corp. Attn: Bankruptcy/Managing Agent PO Box 74780 Chicago, IL 60694 | Mark Beasley markb@wmc-us.com 706-412-7002 | Vendor | | | | $272,882.72 |
| Kaptan International, Ltd. Attn: Bankruptcy/Managing Agent 2000 Ponce de Leon Blvd., #600 Coral Gables, FL 33134 | (305) 995-0127 | Vendor | | | | $223,866.28 |
| Liberty Steel Georgetown, Inc. Attn: Bankruptcy/Managing Agent 420 S. Hazard St Georgetown, SC 29440 | Jed McCarty jed.mccarty@libersteel.us 843-485-4724 | Vendor | | | | $220,541.22 |
| Construction Materials Group Attn: Bankruptcy/Managing Agent 2565 John Wayland Hwy. Harrisonburg, VA 22801 | Kasey Riggleman kasey.riggleman@conmatgroup.com 540-433-3000 | Vendor | Subject to Setoff | | | $218,850.64 |
| Eastern States Steel Attn: Bankruptcy/Managing Agent PO Box 7076 Audubon, PA 19407 | Mike Capinsky mikec@easternstatessteel.com 610-275-3375 | Vendor | Subject to Setoff | | | $213,156.00 |

Debtor   Metal Partners Rebar, LLC
_____          Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Steel Dynamics - Pittsboro Attn: Bankruptcy/Managing Agent 8000 N Country Rd., #255E Pittsboro, IN 46167 | Deb Walters deb.walters@steeldynamics.com 317-892-7134 | Vendor | | | | $208,895.00 |

## WRITTEN CONSENT OF SOLE MANAGER
## OF METAL PARTNERS REBAR, LLC

The undersigned, being the Sole Manager of Metal Partners Rebar, LLC, an Illinois limited liability company (the "Company"), hereby consents to the following actions and adopts the following resolutions:

**RESOLVED** that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, and other interested parties that the Company file a voluntary petition for relief (the "Petition") to commence a case (the "Bankruptcy Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER,** that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada, at such time as such Joseph Tedesco shall determine; and

**RESOLVED FURTHER,** that Joseph Tedesco is designated as the "responsible person" for the Company in the Bankruptcy Case for purposes of Federal Rule of Bankruptcy Procedure 9001(5); and

**RESOLVED FURTHER,** that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all actions that he deems necessary in connection with the Bankruptcy Case and in connection with the Company's assets and liabilities and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that the Company shall retain the law firm of Saul Ewing Arnstein & Lehr LLP, as its bankruptcy counsel, for legal services relating to the filing of the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER,** that the Company shall retain the law firm of Larson & Zirzow, LLC, as its local bankruptcy counsel, for additional legal services relating to the filing the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER,** that the Company shall retain High Ridge Partners, LLC, as its financial advisor, for financial consulting services relating to the filing of the Petition and the Bankruptcy Case on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER,** that the Company shall retain SSG Advisors, LLC, as its investment banker, for services relating to the sale of all or part of the Company on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER,** that Joseph Tedesco is authorized and empowered, on behalf of and in the name of the Company, to obtain post-petition debtor-in-possession financing

36884896.4

according to terms negotiated, or to be negotiated, by Joseph Tedesco and to execute and deliver any documents relating thereto; and

**RESOLVED FURTHER,** that Joseph Tedesco and any other officers or representatives of the Company subsequently designated or appointed by Joseph Tedesco be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to effectuate the sale or liquidation of substantially all of the Company's assets through the Bankruptcy Case, and to further take any steps necessary to implement such sale or liquidation; and

**RESOLVED FURTHER,** that all acts, actions, and transactions previously taken or done, relating to the matters described in or contemplated by the foregoing resolutions, are hereby ratified and approved; and

**RESOLVED FURTHER,** that this consent may be executed and transmitted by facsimile or electronic mail.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of June __, 2020.


Jose D. Carrero, Manager

**United States Bankruptcy Court**
**District of Nevada**

In re   Metal Partners Rebar, LLC                 Case No. _____

                           Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    6-16-20

                         Joseph Tedesco/Chief Financial Officer
                         Signer/Title

Metal Partners Rebar, LLC
302 Knights Run Ave., #1104
Tampa, FL 33602

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

3M Company
Attn: Bankruptcy/Managing Agent
PO Box 844127
Dallas, TX 75284

76 Eleventh Avenue Property Own LL
c/o John M. Frega, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

A to Z Trucking LLC
Attn: Bankruptcy/Managing Agent
c/o Porter Billing Services LLC
2112 1st Ave N
Birmingham, AL 35201

ABM Electric LLC
Attn: Bankruptcy/Managing Agent
203 Chestnut Ave.
Dunbar, WV 25064

Adelphia Metals I, LLC
Attn: Bankruptcy/Managing Agent
4376 Solutions Center
Chicago, IL 60677-4003

ADR Rebar Supply & Placement
Attn: Bankruptcy/Managing Agent
26363 Ida Street
Valley, NE 68064

Aerotek Commercial Staffing
Attn: Bankruptcy/Managing Agent
PO Box 198531
Atlanta, GA 30384-8531

Akita Copy Products
Attn: Bankruptcy/Managing Agent
5402 Airport Blvd.
Tampa, FL 33634

Alabama Department of Revenue
Personal Property
Attn: Bankruptcy Dept / Managing Agent
50 North Ripley Street
Montgomery, AL 36104

Alta Industrial Equipment Company, LLC
Attn: Bankruptcy/Managing Agent
25542 Network Place
Chicago, IL 60673

Alter Trucking and Terminal Corpor
Attn: Bankruptcy/Managing Agent
2117 State St.
Bettendorf, IA 52722

American Wire Tie, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 696
North Collins, NY 14111

Amerigas Propane L.P.
Attn: Bankruptcy/Managing Agent
PO Box 7155
Pasadena, CA 91109

AMP/CPL - THP Property, LLC
c/o Crocker Partners Property Mngm LL
225 N.E. Mizner Blvd., Ste. 200
Boca Raton, FL 33432

AMP/CPL - THP Property, LLC
c/o the Corporation Trust Company
as Resident Agent
1209 Orange Street
Wilmington, DE 19801

AMP/CPL- The Property LLC
Attn: Bankruptcy/Managing Agent
C/O Suntrust Bank
Atlanta, GA 30368

Anchor Electric
Attn: Bankruptcy/Managing Agent
Po Box 12591
Wilmington, DE 19850

ANCO Steel Company, Inc.
Attn: Holdings SPE Manager, LLC
c/o Corporation Service Co. Resident Agt
251 Little Falls Drive
Wilmington, DE 19808

Antonios Lawn Service LLC
Attn: Bankruptcy/Managing Agent
8 West 9th St.
New Castle, DE 19720

Arizona Dept. of Economic Security
Attn: Managing Member
3406 N. 51st Ave.
Phoenix, AZ 85031

Arizona Dept. of Revenue
Attn: Managing Agent
P.O. Box 29010
Phoenix, AZ 85038

Arnold Machinery Company
Attn: Bankruptcy/Managing Agent
PO Box 30020
Salt Lake City, UT 84130

Artsons Manufacturing Company
Attn: Bankruptcy/Managing Agent
11121 Garfield Avenue
South Gate, CA 90280

Associated Terminals, LLC
Attn: Bankruptcy/Managing Agent
9100 Safety Drive
Convent, LA 70723

ATA Steel Corp
Attn: Bankruptcy/Managing Agent
101 Roseville Rd.
Westport, CT 06880

Atlas Construction Supply, Inc.
Attn: Bankruptcy/Managing Agent
4640 Brinell St.
San Diego, CA 92177

Audi Financial Services
Attn: Bankruptcy/Managing Agent
1401 Frankin Blvd.
Libertyville, IL 60048

B2B Industrial Packaging
Attn: Bankruptcy/Managing Agent
PO Box 3296
Glen Ellyn, IL 60138

Bagg Engineers
Attn: Bankruptcy/Managing Agent
138 Charcot Avenue
San Jose, CA 95131

Bala Delivery Inc.
Attn: Bankruptcy/Managing Agent
7727 Acadian Dr.
Orlando, FL 32822

Bardan Supply Inc.
Attn: Bankruptcy/Managing Agent
PO Box 2049
Loves Park, IL 61130-0049

Bargraph Services
167/1, Kapilar St, Subramani Nagar
Old Suramangalam, Salem
Tamil Nadu 636005, India

Barnsco
Attn: Bankruptcy Dept/Managing Agent
975 Ladd Road
Walled Lake, MI 48390

Bay Copy And Imaging Solutions
Attn: Bankruptcy/Managing Agent
13513 Prestige Place #103
Tampa, FL 33635

Bayou Steel Group
Attn: Bankruptcy/Managing Agent
PO Box 843767
Dallas, TX 75284

Black Iron Reinforcing LLC
Attn: Bankruptcy Dept/Managing Agent
4460 Rivieria Ridge Ave.
Las Vegas, NV 89115

BN Products - USA, LLC
Attn: Bankruptcy/Managing Agent
3450 N. Sabin Brown Road
Wickenburg, AZ 85390

BNSF Logistics LLC
Attn: Bankruptcy Dept/Managing Age
75 Remittance Drive
Chicago, IL 60675

BNSF Railway Company
Attn: Bankruptcy/Managing Agent
2400 Western Center Blvd.
Fort Worth, TX 76131

Bon Tool Co.
Attn: Bankruptcy/Managing Agent
4430 Gibsonia Road
Gibsonia, PA 15044

BRG Holding, LLC
Attn: Bankruptcy/Managing Agent
1020 Winfield Road
Winfield, WV 25213

Bright House Networks
Attn: Bankruptcy Dept/Managing Agent
PO Box 7195
Pasadena, CA 91109

Brownsville Gulfside Warehouse, Inc.
Attn: Bankruptcy/Managing Agent
3500 RL Ostos Road
Brownsville, TX 78521

Burkhart Enterprises, Inc.
Attn: Bankruptcy/Managing Agent
2435 Asbury Road
Knoxville, TN 37914

Bushwick Metals, LLC
c/o McNamee, Lochner, Titus & Williams
Attn:  Kevin Laurilliard, Esq.
677 Broadway #500
Albany, NY 12207

Bussen Terminal
Attn: Bankruptcy/Managing Agent
5000 Bussen Road
Saint Louis, MO 63129

Butterfield Color, Inc.
Attn: Bankruptcy/Managing Agent
625 W. Illinois Ave.
Aurora, IL 60506

Byer Steel Rebar
Attn: Bankruptcy/Managing Agent
PO Box 226
Greensburg, IN 47240

C & G Johnson Trucking, Inc.
Attn: Bankruptcy/Managing Agent
8734 West Offner Road
Peotone, IL 60468

California State Board of Equalizatio
450 N Street
Sacramento, CA 94279

Cascade Steel Rolling Mills Inc
Attn: Bankruptcy/Managing Agent
PO Box 50530
Los Angeles, CA 90074-0530

Celtic Marine Corp.
Attn: Bankruptcy/Managing Agent
3888 S. Sherwood Forest Blvd.
Baton Rouge, LA 70816

Certified Steel Company
Attn: Bankruptcy Dept/Managing Age
1333 Brunswick Pike
Lawrenceville, NJ 08648

Chicago Tag & Label Inc.
Attn: Bankruptcy/Managing Agent
2501 Commerce Drive
Libertyville, IL 60048

Cintas Corporation No. 2
Attn: Bankruptcy/Managing Agent
Po Box 625737
Cincinnati, OH 45262-5737

Cintas Corporation No. 2
Attn: Bankruptcy/Managing Agent
PO Box 630803
Cincinnati, OH 45263

CIT Bank, N.A.
Attn: Managing Member
10201 Centurion Parkway
Jacksonville, FL 32256

City Safety Compliance, Inc.
c/o Ellenoff Grossman & Schole, LLP
Attn: Anthony Galano, III, Esq.
1345 Avenue of the Americas, 11th Fl.
New York, NY 10105

Cochran Oil
Attn: Bankruptcy/Managing Agent
229 W Hillview Ave.
New Castle, DE 19720

Commercial Group Lifting Products
Attn: Bankruptcy/Managing Agent
12801 Universal Drive
Taylor, MI 48180

Commercial Metals Company
Attn: Bankruptcy/Managing Agent
6565 N. Macarthur Blvd., Ste. 800
Irving, TX 75039

Compton Transfer & Storage, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 15008
Boise, ID 83715

Comptroller of Maryland
Revenue Administration Division
Attn: Bankruptcy Administrator
110 Carroll Street
Annapolis, MD 21411-0010

Concrete Reinforcing Products
Attn: Bankruptcy/Managing Agent
1381 Sawgrass Corporate Parkway
Sunrise, FL 33323

Consolidated Construction Products In
Attn: Bankruptcy/Managing Agent
PO Box 1329
Andover, OH 44003

Construction Materials Group
Attn: Bankruptcy/Managing Agent
2565 John Wayland Hwy.
Harrisonburg, VA 22801

Contractors Steel Company
Attn: Bankruptcy/Managing Agent
36555 Amrhein Rd
Livonia, MI 48150

Convoy Capital, LLC
Attn: Bankruptcy Dept/Managing Age
327 Dahlonega Street, Ste. 902a
Cumming, GA 30040

Crane 1 Services, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 88989
Milwaukee, WI 53288-8989

Crawford Door Sales of Lake County, Inc.
Attn: Bankruptcy/Managing Agent
10109 Kennedy Avenue
Highland, IN 46322

CrestMark Vendor Finance
Attn: Managing Member
5480 Corporate Dr., Ste. 350
Troy, MI 48098

Crocker Partners Property Mngmt, LLC
Attn: Managing Agent
3452 Lake Lynda Dr., te. 175
Orlando, FL 32817

CRS Specialties Inc.
Attn: Bankruptcy/Managing Agent
72 Clark St.
Canada

CRST Malone, Inc.
Attn: Bankruptcy Dept/Managing Age
1901 Floyd Bradford Road
Trussville, AL 35173

Davis Wire
Attn: Bankruptcy/Managing Agent
PO Box 101093
Pasadena, CA 91189

Dayton Superior Corporation
Attn: Bankruptcy/Managing Agent
62846 Collections Center Drive
Chicago, IL 60693-0628

DC Cranes
Attn: Bankruptcy/Managing Agent
3009 Bellevue Ave.
Wilmington, DE 19802

Deacero USA, Inc.
Attn: Bankruptcy Dept/Managing Agent
8411 Irvington Blvd.
Houston, TX 77022-3449

Delaware Employment Training Fund
Attn: Bankruptcy/Managing Agent
4425 N. Market Street
Wilmington, DE 19802

Delaware River Stevedores, Inc.
Attn: Bankruptcy/Managing Agent
441 North Fifth Street
Philadelphia, PA 19123

Deloitte Inc.
Attn: Bankruptcy/Managing Agent
334 Queen St
Canada E3B 1B2

Dian Construction Services
Attn: Bankruptcy/Managing Agent
400 King Street
Chappaqua, NY 10514

DiCentral Corporation
Attn: Bankruptcy/Managing Agent
1199 Nasa Parkway
Houston, TX 77058

Diesel Direct West
Attn: Bankruptcy/Managing Agent
PO Box 31086
Stockton, CA 95213

Diesel Direct, Inc.
Attn: Bankruptcy Dept/Managing Agent
74 Maple Street
Stoughton, MA 02072

DiGiovine Hnilo Jordan + Johnson Lt
Attn: Patrick Kolzow, Managing Direc
184 Shuman Blvd., Ste. 200
Naperville, IL 60563

Dimension Fabricators Inc.
Attn: Bankruptcy/Managing Agent
2000 Seventh St.
Scotia, NY 12302

Eastern Lift Truck Co., Inc.
Attn: Bankruptcy/Managing Agent
549 East Linwood Ave.
Maple Shade, NJ 08052

Eastern States Steel
Attn: Bankruptcy/Managing Agent
PO Box 7076
Audubon, PA 19407

Eastlick Trucking
Attn: Bankruptcy Dept/Managing Agent
602 Morris Street
Ottumwa, IA 52501

Eco Clean Professional Services
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 11133
Merrillville, IN 46411

Ecolab, Inc.
Attn: Bankruptcy/Managing Agent
26252 Network Place
Chicago, IL 60673

Engineered Devices Corporation
Attn: Bankruptcy/Managing Agent
25 Bergen Turnpike
Ridgefield Park, NJ 07660

Erico International Corporation
Attn: Bankruptcy/Managing Agent
3138 Paysphere Circle
Chicago, IL 60674

Evraz Inc. North American
Attn: Michele FriskeBusiness debt:
71 S. Wacker Dr.
Chicago, IL 60606

EVRAZ Rocky Mountain Steel
Attn: Bankruptcy/Managing Agent
2100 South Freeway
Pueblo, CO 81004

F&M Transportation LLC
302 Knights Rune Ave., #1104
Tampa, FL 33602

F&M Transportation, LLC
Attn: Bankruptcy/Managing Agent
302 Knights Run Ave.
Tampa, FL 33602

Fastenal Company
Attn: Bankruptcy/Managing Agent
PO Box 1286
Winona, MN 55987-1286

Fastners Inc. Southwestern Supply
Attn: Bankruptcy/Managing Agent
PO Box 80536
Las Vegas, NV 89180

Ferriere Nord Spa
Via delle Ferriere
Zona Industriale Rivoli
Osoppo UD Italy  33010

Gatehouse Las Vegas R.E. I, Inc.
Attn: Edward C. Roohan
5080 Cameron Street
Las Vegas, NV 89118

Gateway Terminal
Attn: Bankruptcy/Managing Agent
PO Box 9731
New Haven, CT 06536

Gavilon Grain, LLC
Attn: Bankruptcy/Managing Agent
PO Box 74008700
Chicago, IL 60674-8700

General Technologies, Inc.
Attn: Bankruptcy/Managing Agent
13022 Trinity Dr.
Stafford, TX 77477

Georgia Dept. of Labor
Attn: Bankruptcy/Managing Agent
2756 Atlanta Hwy
Gainesville, GA 30504

Georgia Dept. of Revenue
Attn: Bankruptcy Administrator
1800 Century Blvd. NE
Atlanta, GA 30345

Gerdau
Attn: Bankruptcy/Managing Agent
1 North Crossman Road
Sayreville, NJ 08872

Green Transfer & Storage Co.
Attn: Bankruptcy/Managing Agent
10099 N. Portland Rd.
Portland, OR 97203

Greenwald Supply Direct, LLC
Attn: Bankruptcy/Managing Agent
2401 51st Place
Hyattsville, MD 20781

GSF Mortgage Corporation
Attn: Managing Agent
15430 W. Capital Dr.
Brookfield, WI 53005

GSF Mortgage Corporation
c/o Corporation Service Company
as Resident Agent
8040 Excelsior Drive, Ste. 400
Madison, WI 53717

Gulf Stream Marine Inc.
Attn: Bankruptcy/Managing Agent
10000 Manchester St.
Houston, TX 77012

Hammond 4531 Columbia, LLC
Attn: Managing Agent
c/o Corporation Service Co. Resident Agt
251 Little Falls Drive
Wilmington, DE 19808

HD Supply Construction & Industrial
Attn: Bankruptcy/Managing Agent
PO Box 4852
Orlando, FL 32802

Herron Wire Products
Attn: Bankruptcy/Managing Agent
801 Old Spanish Trail
Slidell, LA 70458

Hickgas, LLC
Attn: Bankruptcy/Managing Agent
PO Box 302
Roselawn, IN 46372

Hiwassee Builders Supply Inc.
Attn: Bankruptcy/Managing Agent
100 Decatur Pike
Athens, TN 37303

Hohmann & Barnard, Inc.
Attn: Bankruptcy/Managing Agent
30 Rasons Court
Hauppauge, NY 11788

HYG Financial Services, Inc.
Attn: Managing Member
5000 Riverside Dr., Suite 300 East
Irving, TX 75039-4314

Incorporate.Com
Attn: Bankruptcy/Managing Agent
PO Box 13397
Philadelphia, PA 19101-3397

Indiana Pallet Company
Attn: Bankruptcy/Managing Agent
724 E. Chicago Ave.
East Chicago, IN 46312

Insteel Wire Products
Attn: Bankruptcy/Managing Agent
PO Box 60663
Charlotte, NC 28260

Intech Funding Corp
Attn: Managing Member
201 East Huntington Dr., Ste. 201
Monrovia, CA 91016

Interlink - Celerity
Attn: Bankruptcy Dep't/Managing Ag
58 Par-La-Ville Road
Hamilton HM11, Bermuda

Iowa Steel & Wire Co. Inc.
Attn: Bankruptcy/Managing Agent
PO Box 1000
Memphis, TN 38148-0305

IQTS
Attn: Bankruptcy/Managing Agent
513 Powerville Road
Boonton, NJ 07005

Jacob Gurke
47 E. Chicago Rd., Ste. 314
Naperville, IL 60540

Jacob Gurke
1144 Sandpiper Lane
Naperville, IL 60540

Jade Sterling Steel Co., Inc.
Attn: Bankruptcy/Managing Agent
2300 E. Aurora Rd.
Twinsburg, OH 44087

JCK Group
Attn: Bankruptcy/Managing Agent
PO Box 207
Dallardsville, TX 77332

Joel Lizarraga
c/o WW Clyde
869 N 1500 W
Orem, UT 84057

Johasee Rebar LP
Attn: Bankruptcy/Managing Agent
18059 Rosedale Highway
Bakersfield, CA 93312-8684

JP Morgan Chase Bank, N. A.
10 South Dearborn St., 22nd Floor
Chase Tower WLS L2
Chicago, IL 60603

Kansas Dept. of Revenue
Attn: Bankruptcy/Managing Member
PO Box 12005
Topeka, KS 66601-3005

Kaptan International, Ltd.
Attn: Bankruptcy/Managing Agent
2000 Ponce de Leon Blvd., #600
Coral Gables, FL 33134

Kaseya US Sales, LLC
Attn: Bankruptcy/Managing Agent
PO Box 419327
Boston, MA 02241-9327

Kaw Valley Companies, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 6249
Kansas City, KS 66106

Keen Compressed Gas Company
Attn: Bankruptcy/Managing Agent
PO Box 15151
Wilmington, DE 19850-5151

Keysteel Corp.
Attn: Bankruptcy/Managing Agent
18900 West Industrial Parkway
New Caney, TX 77357

Keystone Consolidated Industries, Inc.
Attn: Bankruptcy/Managing Agent
317 E. 11th St.
Chicago Heights, IL 60411

Kinder Morgan Bulk Terminals, Inc.
Attn: Bankruptcy/Managing Agent
1001 Louisiana St., Ste. 1000
Houston, TX 77002

King of Freight LLC
c/o Joseph A. Dempewolf
Klenda Austerman LLC
301 N. Main Street, #1600
Wichita, KS 67202

Kirk Trucking
Attn: Bankruptcy/Managing Agent
PO Box 365
Delmont, PA 15626

Kratos Building Products
Attn: Bankruptcy/Managing Agent
12901 Nicholson Road, Suite 330
Farmers Branch, TX 75234

KRB Machinery Company
Attn: Bankruptcy/Managing Agent
1058 Cool Creek Road
Wrightsville, PA 17368

Kurtzman Steady, LLC
Attn: Bankruptcy/Managing Agent
401 S. 2nd Street
Philadelphia, PA 19147

KW Rastall Oil Company
Attn: Bankruptcy/Managing Agent
74 Maple Street
Stoughton, MA 02072

L&L Industries
Attn: Bankruptcy/Managing Agent
PO Box 91077
Henderson, NV 89009

Law Office of Donald Williams P.C.
Attn: Bankruptcy/Managing Agent
612 S. Tenth Street
Las Vegas, NV 89101

Liberty Steel Georgetown, Inc.
Attn: Bankruptcy/Managing Agent
420 S. Hazard St
Georgetown, SC 29440

Livingston International, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 490
Buffalo, NY 14225

Logan Contractor Supply Inc.
Attn: Bankruptcy/Managing Agent
4101 106th St.
Urbandale, IA 53022

Logistec Ontario
Attn: Bankruptcy/Managing Agent
360 St. Jacques Street, Ste. 1500
Canada

Lond-Windsor Tax Services Office
Canada Revenue Agency
441 University Ave. West Suite #101
Windsor ON   N9A5S8
Canada

Louisiana Dept. of Revenue
Attn: Bankrupty/ Managing Member
PO Box 201
Baton Rouge, LA 70821-0201

Macchine Elettroniche Piegatrici SPA
Attn: Bankruptcy/Managing Agent
Via Leonardo Da Vinci, 20
33010 Reana del Rojale UD, Italy

Mark Bettenhausen
Attn: Bankruptcy/Managing Agent
505 Cimarron Drive East
Aurora, IL 60504

Marshalltown Company
Attn: Bankruptcy/Managing Agent
104 S. 8th Avenue
Marshalltown, IA 50158

Martin Garage Door of Nevada
Attn: Bankruptcy/Managing Agent
6667 Schuster St.
Las Vegas, NV 89118

Martinez Trucking & Log
Attn: Bankruptcy/Managing Agent
13711 Freeway Drive
Santa Fe Springs, CA 90670

Matthew J. O'Brien
c/o Michael P. Silver, Esq.
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Ste. 300
Tampa, FL 33607

Matthew Wicklund
8973 Drummer Bay Ave.
Las Vegas, NV 89149

Meadow Burke Products
Attn: Bankruptcy/Managing Agent
2835 Overpass Road
Tampa, FL 33619

Mechanics Paradise Inc.
Attn: Bankruptcy/Managing Agent
2335 N. Dupont Hwy.
New Castle, DE 19720

Meglio I Corp.
c/o Law Offices of David V. Suarez, PLLC
51 Wagon Wheet Court
Huntington Station, NY 11746

Metropolitan Rebar Services
Attn: Bankruptcy/Managing Agent
6575 E. Poland
Mayer, AZ 86333

MH Equipment Company
Attn: Bankruptcy/Managing Agent
PO Box 50
Mossville, IL 61552

MHX, LLC
Attn: Bankruptcy/Managing Agent
PO Box 8249
Pasadena, CA 91109

Michael P. Poff
1748 Chesley Road
York, PA 17403

Mid-Ship Logistics
Attn: Bankruptcy/Managing Agent
145 Main Street
Port Washington, NY 11050

Midwest Pipe Coating, Inc.
Attn:  Managing Agent
925 Kennedy Ave.
Schererville, IN 46375

Minnesota Department of Revenue
600 North Robert St
Saint Paul, MN 55101

Mississippi Dept. of Revenue
Attn: Bankruptcy Dept/Managing Agent
PO Box 22808
Jackson, MS 39225-2808

MIssouri Dept. of Revenue
Attn: Bankruptcy/Managing Agent
301 W. High St.
Jefferson City, MO 65101

Missouri Labor and Industrial Relati
Attn: Bankruptcy/Managing Agent
421 E. Dunklin St.
Jefferson City, MO 65102-0504

MPI Coating Services, LLC
Attn: Managing Member
925 Kentucky Ave.
Schererville, IN 46375

Mulino Trading Group, LLC
Attn: Bankruptcy/Managing Agent
PO Box 1419
Molalla, OR 97038

NCS
Attn: Bankruptcy/Managing Agent
729 Miner Road
Highland Heights, OH 44143

Nebraska Dept. of Labor
Attn: Bankruptcy Dept/Managing Agent
550 S. 16th Street
Lincoln, NE 68508

Nebreska Dept. of Revenue
Attn: Bankruptcy Dept/Managing Agent
PO Box 94848
Lincoln, NE 68509-4818

Nehemiah Rebar Services, Inc.
Attn: Bankruptcy/Managing Agent
3932 Ponderosa Rd.
Shingle Springs, CA 95682

Nevada Pneumatic
Attn: Bankruptcy/Managing Agent
4838 Cecile Ave.
Las Vegas, NV 89115

New Jersey Division of Revenue
PO Box 999
Trenton, NJ 08646-0999

New Jersey Galvanizing And TinninW
Attn: Bankruptcy/Managing Agent
139 Haynes Ave.
Newark, NJ 07114

New Mexico Taxation and Revenue Dept
Attn: Bankruptcy Dept / Managing Agent
5301 Central Ave. NE
Albuquerque, NM 87108

New York Concrete Corp.
Attn: Bankruptcy/Managing Agent
708 Sharrotts Road
Staten Island, NY 10309

New York State Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Nexsis Inc.
Attn: Bankruptcy/Managing Agent
410 Meco Drive
Wilmington, DE 19804

North Carolina Dept. of Labor
Attn: Bankruptcy Dept/Managing Agent
4 W. Edenton Street
Raleigh, NC 27601

North Carolina Dept. of Revenue
Attn: Bankruptcy Dept/Managing Age
PO Box 1168
Raleigh, NC 27602-1168

Nucor Auburn
Attn: Bankruptcy/Managing Agent
25 Quarry Rd.
Auburn, NY 13021

Nucor Kankakee
Attn: Bankruptcy/Managing Agent
1 Nucor Way
Bourbonnais, IL 60914

Nucor Steel Connecticut, Inc
Attn: Bankruptcy/Managing Agent
PO Box 822361
Philadelphia, PA 19182-2361

NY State Dept. of Taxation & Finance
Attn: Bankruptcy/Managing Agent
Harriman Campus Rd.
Albany, NY 12226

Oakley Port 33, Inc.
Attn: Bankruptcy/Managing Agent
3700 Lincoln Avenue
North Little Rock, AR 72114

Office Depot, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 88040
Chicago, IL 60680-1040

Office Evolution
Attn: Bankruptcy/Managing Agent
485C US Highway 1 South
Iselin, NJ 08830

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Oklahoma Tax Commission
Attn: Bankruptcy Dept/Managing Age
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

Omnitracs, LLC
Attn: Bankruptcy/Managing Agent
File No. 54210
Los Angeles, CA 90074-4210

PDM Steel Service Centers
Attn: Bankruptcy/Managing Agent
4475 Alto Ave.
Las Vegas, NV 89115

Peninsula Steel, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 659506
San Antonio, TX 78265-9506

Pennsylvania Dept of Revenue
BTFT EFT
9th Floor Strawberry Square
Fourth and Walnut Streets
Harrisburg, PA 17128

Phoenix Insurance Company

Pioneer Masonry Supply
Attn: Bankruptcy/Managing Agent
1400 Blizzard Dr.
Parkersburg, WV 26101

Plastic Express
Attn: Bankruptcy/Managing Agent
15450 Salt Lake Avenue
City of Industry, CA 91745

Port Contractors, Inc.
Attn: Bankruptcy/Managing Agent
529 Terminal Ave.
New Castle, DE 19720

Premier Patio Heating Specialists, L
Attn: Bankruptcy/Managing Agent
PO Box 6470
Oceanside, CA 92052

Premium Fire & Security, LLC
Attn: Bankruptcy/Managing Agent
505 Schoolhouse Road
Kennett Square, PA 19348

Prestige Capital Corp.
Attn: Managing Member
400 Kelby Street
Fort Lee, NJ 07024

Primesource Building Products Inc.
Attn: Bankruptcy/Managing Agent
2517 Payspehere Circle
Chicago, IL 60674

Prosource Technologies, Inc.
Attn: Bankruptcy/Managing Agent
9482 Meridian Way
West Chester, OH 45069

Rapid Packaging, Inc.
Attn: Bankruptcy/Managing Agent
8700 109th Ave. North
Champlin, MN 55316

RARITAN GROUP INC.
Attn: Bankruptcy/Managing Agent
PO Box 10120
New Brunswick, NJ 08906

Rebar Concepts LLC
Attn: Bankruptcy/Managing Agent
140 Beach Street
Belle Harbor, NY 11694

Rebuilders Unlimited, Inc.
Attn: Bankruptcy/Managing Agent
11625 Anthony Highway
Waynesboro, PA 17268

Red Wing Shoes
Attn: Bankruptcy/Managing Agent
PO Box 844329
Dallas, TX 75284-4329

Reinforcing Steel Installers LLC
Attn: Bankruptcy/Managing Agent
7621 SE Cannonball Road
Holt, MO 64048

Richard Curtis
10674 Mattie Lane
Wheatfield, IN 46392

Richardson Steel Yard, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 605
Galena Park, TX 77547

Ricklefs Transportation
Attn: Bankruptcy Dept/Managing Agent
3993 240th Street
Somers, IA 50586

Rite Air Mechanical
Attn: Bankruptcy/Managing Agent
109 Edgewood Ave.
Bellmawr, NJ 08031

RKM Rebar Services
Attn: Bankruptcy/Managing Agent
NO 34 SRI Kamadenu
Tamul Dadul, India

Rodger Look
301 Harbour Place Dr.
Tampa, FL 33602

Roger W. Look
2611 Eagle Dr.
Grapevine, TX 76051

Ronald Perlman
c/o Michael D. Pugliese
27 West Street, Ste. B2
Red Bank, NJ 07701

Ruckert Terminals Corporation
Attn: Bankruptcy/Managing Agent
2021 South Clinton Street
Baltimore, MD 21224

Rush Truck Leasing - Las Vegas
Attn: Bankruptcy/Managing Agent
PO Box 34630
San Antonio, TX 78265

Ryan Humphreys
Attn: Bankruptcy/Managing Agent
59 Oxbow Place
Wayne, NJ 07470

Ryan Humphreys
3 Dowitcher Court
Wayne, NJ 07470

Ryder Transportation Services
Attn: Bankruptcy/Managing Agent
Lockbox File 56347
Los Angeles, CA 90074-6347

Ryder Truck Rental, Inc.
dba Ryder Transportation Services
Attn: Managing Member
11690 N.W. 105th Street
Fort Lauderdale, FL 33317-8000

S&P Steel Products and Services
Attn: Bankruptcy/Managing Agent
16510 Northchase Drive
Houston, TX 77060

San Joaquin Valley Railroad Company
Attn: Bankruptcy/Managing Agent
PO Box 409590
Atlanta, GA 30384-9590

Savant Capital Management
Attn: Bankruptcy/Managing Agent
190 Buckley Drive
Rockford, IL 61107

Schaefer Stevedoring Inc.
Attn: Bankruptcy/Managing Agent
PO Box 4499
Brownsville, TX 78523

Schnell Parts & Services
Attn: Bankruptcy/Managing Agent
4935 Newport Street
Commerce City, CO 80022

Shamblin Stone, Inc.
Attn: Bankruptcy/Managing Agent
2950 Charles Avenue
Dunbar, WV 25064

Show Your Logo, Inc.
Attn: Bankruptcy/Managing Agent
422 Treasure Drive
Oswego, IL 60543

Siemer Heating & Cooling
Attn: Bankruptcy/Managing Agent
2817 Highway Ave.
Highland, IN 46322

Simec USA Corporation
Attn: Bankruptcy/Managing Agent
1700 Cleveland Ave., Suite B
National City, CA 91950

Simpson Reinforcing, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 6104
Hermitage, PA 16148

Soule Software Corp
Attn: Bankruptcy/Managing Agent
25350 Magic Mtn Parkway
Valencia, CA 91355

South Carolina Dept. of Labor,
Licensing & Regulations
Attn: Bankruptcy Dept/Managing Age
100 Centerview Dr.
Columbia, SC 29210-1329

South Carolina Dept. of Revenue
Attn: Managing AgentAttn: Bankruptcy Dep
300A Outlet Pointe Blvd.
Columbia, SC 29210

Southwest Rebar Services, Inc.
Attn: Bankruptcy/Managing Agent
7102 E. Sweetwater Ave.
Scottsdale, AZ 85254

Southwest Transload & Distrib. Co.
Attn: Bankruptcy/Managing Agent
4740 E. Tropical Pkwy.
Las Vegas, NV 89115

Stamford Metal Group
Attn: Bankruptcy/Managing Agent
8 Wright St.
Westport, CT 06880

Star Building Services
Attn: Bankruptcy/Managing Agent
106 Quigley Blvd.
New Castle, DE 19720

Steel Dynamics - Columbia City
Attn: Bankruptcy/Managing Agent
2601 S. 700 E
Columbia City, IN 46725

Steel Dynamics - Pittsboro
Attn: Bankruptcy/Managing Agent
8000 N Country Rd., #255E
Pittsboro, IN 46167

Steel Dynamics - Roanoke
Attn: Bankruptcy/Managing Agent
102 Westside Blvd NW
Roanoke, VA 24017

Steelcon Supply Company
Attn: Bankruptcy/Managing Agent
265 Industrial Dr.
Beckley, WV 25801

Store Capital Acquisitions, LLC
Attn: Asset Management
8377 E. Hartford Drive, Ste. 100
Scottsdale, AZ 85255

Store Capital Acquisitions, LLC
c/o Kutak Rock LLP
Attn: Whitney Kopicky, Esq.
1801 California Street, Ste. 3000
Denver, CO 80202

Suber Steel Corp.
Attn: Bankruptcy/Managing Agent
1 Harbor Point Rd #1102
Stamford, CT 06902

Suburban Propane LP
Attn:  Bankruptcy Partner/Managing Agt.
240 Route 10 West
PO Box 206
Whippany, NJ 07981

Sunstate Companies, LLC
Attn: Bankruptcy/Managing Agent
5080 Cameron Street
Las Vegas, NV 89118

Sunstate Equipment Co., LLC
Attn: Bankruptcy/Managing Agent
5552 E. Washington
Phoenix, AZ 85034

Superior Petroleum Products, Inc.
Attn: Bankruptcy/Managing Agent
865 N. Superior Drive
Crown Point, IN 46307

T&M Equipment Company, Inc.
Attn: Bankruptcy/Managing Agent
2880 East 83rd Place
Merrillville, IN 46410

TA Services Inc.
Attn: Bankruptcy/Managing Agent
241 Regency Parkway
Mansfield, TX 76063

TAH Trucking Inc.
Attn: Bankruptcy/Managing Agent
PO Box 1088
Sayreville, NJ 08872

The Continental Insurance Co.
Attn: Managing Member
151 N. Franklin
Chicago, IL 60606

The Daniel and Henry Co.
Attn: Bankruptcy/Managing Agent
150 South Wacker Drive
Chicago, IL 60606

The Marvin Group, Inc.
Attn: Bankruptcy/Managing Agent
PO Box 1259
Fairacres, NM 88033

The McGinnis Lumber Company Inc.
Attn: Bankruptcy/Managing Agent
PO Box 2049
Meridian, MS 39302

The Sherwin-Williams Co.
Attn: Bankruptcy/Managing Agent
PO Box 6027
Cleveland, OH 44101

Thomas Grimme
17506 Balmaha Dr.
Land O Lakes, FL 34638

Thornton Rave Steel Fabrication
Attn: Bankruptcy/Managing Agent
1830 Marina Drive
Normal, IL 61761

Toggle Industries, Inc.
Attn: Bankruptcy/Managing Agent
323 E 87th Street
Brooklyn, NY 11236

TPG Noramco, LLC
Attn: Bankruptcy/Managing Agent
9252 Colerain Avenue
Cincinnati, OH 45251

Travelers
Attn: Manging Member
One Tower Square
Hartford, CT 06183

Traxys North America LLC
Attn: Managing Member
299 Park Avenue, 38th Floor
New York, NY 10171

Traxys North America LLC
Attn: Bankruptcy/Managing Agent
299 Park Ave.
New York, NY 10171

Traxys North America LLC
c/o Patrick F. Lennon
Lennon, Murphy & Phillips, LLC
420 Lexington Ave., Ste .300
New York, NY 10170

Trinity Rebar
Attn: Bankruptcy/Managing Agent
1020 Winfield Rd.
Winfield, WV 25213

Tristar FLC Inc.
Attn: Bankruptcy/Managing Agent
PO Box 424
Vancouver, WA 98666

Tyler Mountain Water Co., Inc.
Attn: Bankruptcy/Managing Agent
PO Box 909
Nitro, WV 25143

U.S. Transloading, LLC
Attn: Bankruptcy/Managing Agent
20300 Mt. Elliott St.
Detroit, MI 48234

Uline
Attn: Bankruptcy/Managing Agent
PO Box 88741
Chicago, IL 60680-1741

United Rentals (North America), Inc.
Attn: Bankruptcy/Managing Agent
PO Box 840514
Dallas, TX 75284-0514

US Dept of Homeland Security
Office of the General Counsel
MS 0485
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528-0525

V.I.P. Office Centre
Attn: Bankruptcy/Managing Agent
41 Vreeland Avenue
Totowa, NJ 07512-1120

Verizon Wireless
Attn: Bankruptcy/Managing Agent
PO Box 25505
Lehigh Valley, PA 18002-5505

Vimco, Inc.
Attn: Bankruptcy/Managing Agent
300 Hansen Access Road
King of Prussia, PA 19406

Voest Alpine Intertrading AG
Attn: Bankruptcy/Managing Agent
PO Box 4960 Msc #225
Houston, TX 77210

Warehouse Specialists Inc.
Attn: Bankruptcy/Managing Agent
PO Box 613
Milwaukee, WI 53278

Wast Master Solutions LLC
Attn: Bankruptcy Dept/Managing Age
19 Davidson Lane
New Castle, DE 19720

Wells Fargo Bank/Equip. Finance
Attn: Bankruptcy Dep't/Magaing Agt
733 Marquette Avenue Suite 700
Minneapolis, MN 55402

Wessels Sherman
Attn: Bankruptcy/Managing Agent
2035 Foxfield Road
Saint Charles, IL 60174

West Direct Oil, LLC
Attn: Bankruptcy/Managing Agent
PO Box 5086
Denver, CO 80217

Western State Wholesale
Attn: Bankruptcy/Managing Agent
1420 Bon View
Ontario, CA 91761

Weyerhauser NR Company
Attn: Bankruptcy/Managing Agent
PO Box 640160
Pittsburgh, PA 15264-0160

Wichita Industrial Sales LP
Attn: Bankruptcy/Managing Agent
502 12th Street
Wichita Falls, TX 76301

Williams Industrial Sales Company
Attn: Bankruptcy/Managing Agent
PO Box 459
Gardnerville, NV 89410

Wire Mesh Corp.
Attn: Bankruptcy/Managing Agent
PO Box 74780
Chicago, IL 60694

Wisconsin Department of Revenue
Attn: Bankruptcy/Managing Agent
2135 Rimrock Rd.
Madison, WI 53708

Wisconsin Dept. of Revenue
PO Box 930931
Milwaukee, WI 53293-0931

Xtra Lease
Attn: Bankruptcy Dept/Managing Agent
24135 W. Front Street
Channahon, IL 60410-5626

Yard Truck Specialists, Inc.
Attn: Managing Member
P.O. Box 421
1510 Ford Rd.
Bensalem, PA 19020

Yardtruck Specialists, Inc.
Attn: Managing Member
1510 Ford Rd.
Bensalem, PA 19020

ZDG, LLC
c/o Pepper Hamilton, LLP
620 Eighth Ave.
Thew New York Time Bldg, 37th Fl.
New York, NY 10018

Altus Receivables Management
Attn: Bankruptcy Dep't/Managing Ag
P.O. Box 1389
Kenner, LA 70063

ATA Steel Corp
c/o Spilotro Law Group, LLC
Attn: Daniel Spilotro, Esq.
6161 North Cicero Ave.
Chicago, IL 60646

Ataradius Group
Attn: Katie Whitmore
3500 Lacey Rd., Suite 220
Downers Grove, IL 60515

Canada Revenue Agency Tax Cent
Attn: Bankruptcy/Managing Member
1050 Notre Dame Ave.
Sudbury ON  P3A 5C2

Convoy Capital LLC
Attn: Managing Member
PO Box 758
Birmingham, AL 35201

Daniel Marx

Duane Morris LLP
Attn: Bankruptcy Dept/Managing Ag
1540 Broadway
New York, NY 10036

Fox Rothschild, LLP
Attn: Peter J. Roberts, Esq.
321 N. Clark St., Suite 1600
Chicago, IL 60654

Goldberg Kohn
Attn: Jeremy M. Downs, Esq.
55 E. Monroe St., Suite 3300
Chicago, IL 60603-5792

Ian Parker
160 Talmage Farm Lane
East Hampton, NY 11937

Ian Parker
25 Melville Park Road, Ste. 114
Melville, NY 11747

Intermetal - International Metal LLC
10800 Biscayne Blvd., Suite 870
Miami, FL 33161

Intermetal Rebar, L.L.C.
10800 Biscayne Blvd, Ste. 870
Miami, FL 33161

Jose D. Carrero
c/o Mark J. Kosminskas, Esq.
Kelly, Olson, Michod, DeHaan & Richter
333 W. Wacher Dr., Ste. 2000
Chicago, IL 60606

Kelly, Olson, Michod Dehaan & Richter
Attn: Mark J. Kosminskas, Esq.
225 W. Washington St., Suite 1300
Chicago, IL 60606

Lennon, Murphy & Phillips, LLC
Attn: Patrick D. Lennon, Esq.
The GrayBar Building
420 Lexington Ave., Ste. 300
New York, NY 10170

Meglio I Corp.

Meyers Saxon & Cole
Attn: Robert Saxon, Esq.
3620 Quentin Rd.
Brooklyn, NY 11234

MPI Coating Services, LLC
c/o John McCrossan, Registered Ag
7865 Jefferson Highway
Maple Grove, MN 55369-6240

Revenu Quebec
3800, rue de Marly Quebec
Quebec G1X4A5

Richard D. Curtis
c/o Inidiana Civil Rights Commission
Attn: Bankruptcy Dept/Managing Agent
100 N. Senate Ave., #N300
Indianapolis, IN 46204

Savant
Attn: Managing Member
190 Buckley Dr.
Des Plaines, IL 60017

Shea & Larsen
Attn:  Bart K. Larsen, Esq.
1731 Village Center Circle, #150
Las Vegas, NV 89134

Steel Dynamics Inc.
Attn:  Bankrupcy Dep't/Managing Agent
7575 West Jefferson Blvd
Fort Wayne, IN 46804

Todd Frank

UCR Steel Group LLC
c/o Rodriguez McCloskey PLLC
3620 Quentin Road
Brooklyn, NY 11234

Voest Alpine Intertrading AG
c/o Danile J. Spilotro, Esq.
Spilotro Law Group, LLC
6160 N. Cicero Ave., Ste. 650
Chicago, IL 60646

Windels Marx Lane & Mittendorf, L
Attn:  Rodman E. Honecker, Esq.
120 Albany St. Plaza
New Brunswick, NJ 08901

Wire Mesh Corp.
c/o Graystone Partners, LLC
Attn:
5151 N Oracle Rd, Suite 209
Tucson, AZ 85704

Zarco Einhorn Salkowski & Brito, P.A.
Attn:  Robert Zarco
2 Biscayne Blvd., 34th Floor
Miami, FL 33131

Frank A. Bergren, Jr.
11825 Vinci Drive
Windermere, FL 34786

Jose D. Carrero
10800 Biscayne, #870
Miami, FL 33161