LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NV# 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NV# 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: 702-382-1170
Fax: 702-382-1169

Proposed Attorneys for Debtors and
Debtors in Possession

SAUL EWING ARNSTEIN & LEHR LLP
MICHAEL L. GESAS, ESQ., IB#6186924
E-mail: michael.gesas@saul.com
DAVID A. GOLIN, ESQ., IB# 6180517
E-mail: david.golin@saul.com
161 North Clark St., Suite 4200
*Admitted Pro Hac Vice*
Chicago, Illinois 60601
Tel: 312-876-7100
Fax: 312-876-0288

Proposed Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re METAL PARTNERS REBAR, LLC,<br>☒ Affects this Debtor. | BK-20-12878-abl<br>Chapter 11 (Lead Case)<br>(Jointly Administered) |
| In re BGD LV HOLDING, LLC,<br>☐ Affects this Debtor. | BK-20-12876-abl<br>Chapter 11 |
| In re BRG HOLDING, LLC,<br>☐ Affects this Debtor. | BK-20-12879-abl<br>Chapter 11 |
| In re BCG OWNCO, LLC,<br>☐ Affects this Debtor. | BK-20-12880-abl<br>Chapter 11 |
| | Date:  June 19, 2020<br>Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

1. On July 6, 2020, the following document was served:

    a.  Declaration of Joseph Tedesco Pursuant to Order (i)      ECF No. 128
        Authorizing Debtor to (A) Pay Certain Prepetition
        Wages, Benefits and Other Compensation, and (B)
        Continue Employee Compensation and Employee
        Benefits Programs, and (ii) Granting Related Relief

2. The above-named document was served by the following means to the persons as listed below:

    ☒    **a.    ECF System**:

BRETT A. AXELROD on behalf of Interested Party JOSE D. CARRERO AND JRC OPCO, LLC
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com

ROBERT R. KINAS on behalf of Creditor JPMORGAN CHASE BANK, N.A.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

JEFFREY KURTZMAN on behalf of Creditor F&M TRANSPORTATION LLC
kurtzman@kurtzmansteady.com

BART K. LARSEN on behalf of Creditor TRAXYS NORTH AMERICA, LLC
BLARSEN@SHEA.LAW,
3542839420@filings.docketbird.com;support@shea.law

CHRISTOPHER S. NAVEJA
christopher.naveja@saul.com

PETER J ROBERTS on behalf of Interested Party JOSE D. CARRERO AND JRC OPCO, LLC
proberts@foxrothschild.com

STACY H RUBIN on behalf of Creditor STORE CAPITAL ACQUISITIONS, LLC
rubins@ballardspahr.com,
docketClerk_LasVegas@ballardspahr.com;lvdocket@ballardspahr.com

HOLLY S STOBERSKI on behalf of Creditor GERDAU AMERISTEEL US INC.
hstoberski@duanemorris.com,
jrreeder@duanemorris.com;AutoDocketLV@duanemorris.com;jldailey@duanemorris.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL B WIXOM on behalf of Creditor WELLS FARGO BANK, N.A.
mbw@slwlaw.com, mwarner@slwlaw.com

☐ **b.** **United States mail, postage fully prepaid**:

☐ **c.** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

2

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the above referenced document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission**:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.    By messenger**:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 13, 2020.

| Trish Huelsman | /s/ *Trish Huelsman* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169