| | |
|---|---|
| LARSON & ZIRZOW, LLC | SAUL EWING ARNSTEIN & LEHR LLP |
| ZACHARIAH LARSON, ESQ., NV# 7787 | MICHAEL L. GESAS, ESQ., IB#6186924 |
| E-mail: zlarson@lzlawnv.com | E-mail: michael.gesas@saul.com |
| MATTHEW C. ZIRZOW, ESQ., NV# 7222 | Tel: 312-876-7125 |
| E-mail: mzirzow@lzlawnv.com | DAVID A. GOLIN, ESQ., IB# 6180517 |
| 850 E. Bonneville Ave. | E-mail: david.golin@saul.com |
| Las Vegas, Nevada 89101 | Tel: 312-876-7805 |
| Tel: 702-382-1170 | *Admitted Pro Hac Vice* |
| Fax: 702-382-1169 | 161 North Clark St., Suite 4200 |
| | Chicago, Illinois 60601 |
| Proposed Attorneys for Debtors and | |
| Debtors in Possession | Proposed Attorneys for Debtors and |
| | Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re METAL PARTNERS REBAR, LLC,<br>☒ Affects this Debtor. | BK-20-12878-abl<br>Chapter 11 (Lead Case)<br>(Jointly Administered) |
| In re BGD LV HOLDING, LLC,<br>☒ Affects this Debtor. | BK-20-12876-abl<br>Chapter 11 |
| In re BRG HOLDING, LLC,<br>☒ Affects this Debtor. | BK-20-12879-abl<br>Chapter 11 |
| In re BCG OWNCO, LLC,<br>☒ Affects this Debtor. | BK-20-12880-abl<br>Chapter 11 |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME TO HEAR DEBTORS':**

**MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING AND SALE PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; *ET AL.* [ECF No. 146]**

**AND**

**MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BRIAN D. SHAPIRO AS INDEPENDENT SALES MONITOR TO OVERSEE POTENTIAL SALE OF SUBSTANTIALLY ALL OF ITS ASSETS [ECF No. 153]**

Metal Partners Rebar, LLC, an Illinois limited liability company, d/b/a Metal Partners International, BGD LV Holding, LLC, a Nevada limited liability company, d/b/a Metal Partners International, BRG Holding, LLC, a West Virginia limited liability company, f/d/b/a Trinity Rebar, and BCG Ownco, LLC, an Illinois limited liability company, as debtors and debtors in possession (collectively, the "Debtors"), by and through counsel, have contacted the parties below regarding the proposed Order Shortening Time to hear the following:

1. The Bidding and Sale Procedures portion of their *Motion for (I) an Order (A) Establishing Bidding and Sale Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of the Sale, Cure, and Other Notices; and (E) Scheduling an Auction and a Hearing to Consider the Approval of the Sale; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Granting Related Relief* (the "Sale Motion") [ECF No. 146].

2. The *Motion for Entry of an Order Authorizing the Employment and Retention of Brian D. Shapiro as Independent Sales Monitor to Oversee Potential Sale of Substantially All of its Assets* (the "Sale Monitor Motion" and together with the Bidding and Sales Procedures portion of the Sale Motion, the "Motions") [ECF No. 153].

Their positions to hear it on shortened time per Local Rule 9006 are as follows:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Office of the United States Trustee<br>John Nemecek, Esq. | 7/14/20 &<br>7/15/20 | Responded;<br>No position | |
| Snell & Wilmer, LLP<br>Robert Kinas, Esq.<br>  -and-<br>Goldberg Kohn (Chicago)<br>Jeremy Downs & Nicole Bruno<br>Counsel for J.P. Morgan Chase Bank, N.A. | 7/14/20 | | X |

2

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Shea & Larsen<br>Jim Shea & Bart Larsen<br>Counsel for Traxys North America, LLC | 7/14/20 | | X |
| Fox Rothschild, LLP<br>Peter Roberts & Brett Axelord<br>Counsel for Jose D. Carrero & JRC Opco, LLC | 7/14/20 | X | |
| Ballard Spahr<br>Stacy Rubin, Esq.<br>Counsel for STORE Acquisitions, LLC | 7/14/20 | X | |
| Smith Larson & Wixom<br>Michael Wixom, Esq.<br>Counsel for Wells Fargo | 7/14/20 | X | |
| Gerdau Ameristeel US, Inc.<br>Attention: Jeffrey W. Spear, Esq.<br>JWSpear@duanemorris.com<br>(UCC Member) | 7/14/20 | No response | |
| Commercial Metals Co.<br>Attention: Suzy Rhodes<br>suzy.rhodes@cmc.com<br>(UCC Member) | 7/14/20 | No response | |
| Consolidated Construction Products<br>Attention: Kenneth Lance<br>klance@consolidatedconstructionproducts.com<br>(UCC Member) | 7/14/20 | No response | |
| Steel Dynamics – Roanoke<br>Attention: Parker Arthur<br>parker.arthur@steeldynamics.com<br>(UCC Member) | 7/14/20 | No response | |
| Eastern States Steel<br>Attention: Mike Capinsky<br>mikec@easternstatesteel.com<br>(UCC Member) | 7/14/20 | No response | |

. . .

. . .

. . .

Dated: July 15, 2020.

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NV# 7787
MATTHEW C. ZIRZOW, ESQ., NV# 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

-and-

SAUL EWING ARNSTEIN & LEHR LLP
MICHAEL L. GESAS, ESQ., IB# 6186924
DAVID A. GOLIN, ESQ., IB# 6180517
*Admitted Pro Hac Vice*
161 North Clark St., Suite 4200
Chicago, Illinois 60601

Proposed Attorneys for Debtors and
Debtors in Possession

4