1   Cathrine M. Castaldi, Esq.
    BROWN RUDNICK LLP
2   2211 Michelson Dr., Seventh Floor
    Irvine, CA 92612
3   Telephone: (949) 752-7100
    ccastaldi@brownrudnick.com
4   (*admitted pro hac vice*)

5   Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
6   McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
7   Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
8   rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
9
    *Counsel for Official Committee*
10  *of Unsecured Creditors*

*Electronically Filed October 14, 2020*

11              **UNITED STATES BANKRUPTCY COURT**

12              **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 13  In re: | Case No.: 20-12878-abl |
| | Chapter 11 |
| 14  METAL PARTNERS REBAR, LLC, | |
| | **LEAD CASE** |
| 15          Debtor. | |
| | **SECOND MONTHLY FEE STATEMENT OF** |
| 16  THIS FILING: | **GOLDIN ASSOCIATES, LLC FOR** |
| | **ALLOWANCE AND PAYMENT** |
| ☐ Affects Specified Debtors | **OF COMPENSATION AND** |
| 17  ☒ Affects All Debtors | **REIMBURSEMENT OF EXPENSES** |
| | **FOR THE PERIOD OF SEPTEMBER 1, 2020,** |
| 18 | **THROUGH SEPTEMBER 30, 2020** |
| 19 | |
| | **Jointly Administered with:** |
| 20  In re: | |
| | Case No.:   20-12876-abl |
| 21  BGD LV HOLDING, LLC, | Chapter 11 |
| | |
| 22          Debtor. | |
| | Case No.:   20-12879-abl |
| 23  In re: | Chapter 11 |
| | |
| 24  BRG HOLDING, LLC, | |
| 25          Debtor. | |
| | Case No.:   20-12880-abl |
| 26  In re: | Chapter 11 |
| | |
| 27  BCG OWNCO, LLC, | |
| 28          Debtor. | |

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO

| | |
|---|---|
| Name of Applicant: | Goldin Associates, LLC, Financial Advisor to Official Committee of Unsecured Creditors |
| Date of Order Authorizing Employment: | September 14, 2020 (employment authorized retroactive to July 21, 2020) |
| Period for which compensation and reimbursement are sought: | September 1, 2020 through September 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $104,854.00 (80% of $131,067.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $41.13 (representing 100% of the expenses allowed) |

Goldin Associates, LLC ("Goldin" or the "Applicant"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2020 through September 30, 2020 (the "Fee Period") pursuant to the *Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 244] (the "Interim Compensation Procedures Order").

By this Statement, Goldin requests allowance and payment of $104,854.00 (representing 80% of the $131,067.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $41.13 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Goldin during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at Goldin who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3 and Exhibit 4** are the detailed time entries and expenses respectively for the Fee Period (invoices for the period September 1, 2020 through September 30, 2020).

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  Goldin reserves

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 7 days of receipt of the Statement. At the expiration of this 7-day review period, the Debtors will promptly pay 80% of the fees and all of the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 14th day of October, 2020.

McDONALD CARANO LLP

By: /s/ Amanda M. Perach
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

BROWN RUDNICK LLP
Cathrine M. Castaldi, Esq.
2211 Michelson Dr., Seventh Floor
Irvine, CA 92612
ccastaldi@brownrudnick.com
(*admitted pro hac vice*)

-and-

Max Schlan, Esq.
7 Times Square
New York, New York 10036
mschlan@brownrudnick.com
(*admitted pro hac vice*)

*Counsel for Official Committee
of Unsecured Creditors*

Approved By: /s/ Gary Polkowitz
Gary Polowitz
Senior Managing Director
Goldin Associates, LLC
350 5th Avenue, 44th Floor
New York, New York 10118
gpolkowitz@goldinassociates.com

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**EXHIBIT 1**

**Timekeeper Summary**

| Name of Professional | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Curtis G. Solsvig III | Sr. Managing Director | $    950.00 | 26.8 | $    25,460.00 |
| Gary Polkowitz | Sr. Managing Director | $    875.00 | 24.2 | $    21,175.00 |
| Karthik Bhavaraju | Managing Director | $    775.00 | 73.9 | $    57,272.50 |
| Brian Hasegawa | Analyst | $    350.00 | 77.6 | $    27,160.00 |
| **Total** | | | **202.5** | **$    131,067.50** |

**EXHIBIT 2**

**Task Code Summary**

| Code | Description | Hours | Amount |
|---|---|---|---|
| | **(See By Specific Code)** | | |
| 1 | Financial Advisory Services | 47.0 | $    38,690.00 |
| 2 | Sales Process | 6.7 | $    5,162.50 |
| 4 | DIP | 14.2 | $    8,430.00 |
| 7 | Litigation, Strategy and Export Work | 122.6 | $    69,125.00 |
| 8 | Retention and fee applications | 12.0 | $    9,660.00 |
| **Total** | | **202.5** | **$    131,067.50** |

**EXHIBIT 3**

**Detailed Time Entries**



**Work Code Narrative:** Metal Partners Rebar

For Services Through 9/30/20

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| <u>**Nickname 1: 01 Financial advisory services**</u> | | | | | |
| Solsvig III, Curtis G. | 9/1/2020 | 1.00 | 950.00 | $950.00 | Meet with Committee, Brown Rudnick (C. Castaldi, M. Schlan), Goldin (G. Polkowitz, K. Bhavaraju, B. Hasegawa) for weekly update |
| Solsvig III, Curtis G. | 9/1/2020 | 0.50 | 950.00 | $475.00 | Correspond with M. Schlan (Brown Rudnick) re: Committee information requests on receivables |
| Solsvig III, Curtis G. | 9/1/2020 | 0.30 | 950.00 | $285.00 | Discuss receivables issues with G. Polkowitz (Goldin) |
| Solsvig III, Curtis G. | 9/1/2020 | 2.20 | 950.00 | $2,090.00 | Review, analyze, and document receivables issues for Committee |
| Solsvig III, Curtis G. | 9/1/2020 | 0.40 | 950.00 | $380.00 | Review Company's receivable analysis in EDR |
| Solsvig III, Curtis G. | 9/1/2020 | 1.00 | 950.00 | $950.00 | Team call with G. Polkowitz, K. Bhavaraju and B. Hasegawa discus operating activities and status of operating review |
| Polkowitz, Gary | 9/1/2020 | 1.00 | 875.00 | $875.00 | Team call with C. Solsvig, K. Bhavaraju and B. Hasegawa discus operating activities and status of operating review |
| Polkowitz, Gary | 9/1/2020 | 0.40 | 875.00 | $350.00 | Preparation of UCC call |
| Polkowitz, Gary | 9/1/2020 | 1.00 | 875.00 | $875.00 | Participate on UCC call with C. Solsvig, K. Bhavaraju, Brown Rudnick team and UCC members and their counsel |
| Polkowitz, Gary | 9/1/2020 | 0.40 | 875.00 | $350.00 | Review and comment on draft UCC presentation deck |
| Bhavaraju, Karthik | 9/1/2020 | 0.50 | 775.00 | $387.50 | Prepare speaking points re: forensics for UCC committee call |
| Bhavaraju, Karthik | 9/1/2020 | 1.00 | 775.00 | $775.00 | Prepare updates to the weekly UCC committee call presentation, related to forensics |
| Bhavaraju, Karthik | 9/1/2020 | 1.00 | 775.00 | $775.00 | Team call with C. Solsvig, G. Polkowitz and B. Hasegawa discus operating activities and status of operating review |
| Bhavaraju, Karthik | 9/1/2020 | 1.00 | 775.00 | $775.00 | Participate on UCC call with C. Solsvig, G. Polkowitz and Brown Rudnick team and UCC members and their counsel |
| Hasegawa, Brian | 9/1/2020 | 1.00 | 350.00 | $350.00 | Team call with C. Solsvig, K. Bhavaraju and G. Polkowitz a discus operating activities and status of operating review |
| Solsvig III, Curtis G. | 9/2/2020 | 0.50 | 950.00 | $475.00 | Prepare for discussion on A/R analysis |
| Solsvig III, Curtis G. | 9/2/2020 | 0.80 | 950.00 | $760.00 | Meet with Brown Rudnick (C. Castaldi, M. Schlan) and Goldin team (G. Polkowitz, K. Bhavaraju, B. Hasegawa) to discuss engagement planning |
| Solsvig III, Curtis G. | 9/2/2020 | 0.30 | 950.00 | $285.00 | Correspond with Goldin team (G. Polkowitz, K. Bhavaraju, B. Hasegawa) re treatment of accounts receivable from related parties |
| Solsvig III, Curtis G. | 9/2/2020 | 0.60 | 950.00 | $570.00 | Prepare for meeting with Brown Rudnick |
| Polkowitz, Gary | 9/2/2020 | 0.20 | 875.00 | $175.00 | Prepare for calls with counsel on case strategy |
| Polkowitz, Gary | 9/2/2020 | 0.80 | 875.00 | $700.00 | Call with C. Solsvig, K. Bhavaraju. B. Hasegawa, Castaldi, M. Schlan to discuss case strategy and case updates |
| Bhavaraju, Karthik | 9/2/2020 | 0.80 | 775.00 | $620.00 | Strategy call with M. Schlan, C. Castaldi, C. Solsvig, and G. Polkowitz to discuss next steps including those related to global settlement and sale process |
| Hasegawa, Brian | 9/2/2020 | 0.60 | 350.00 | $210.00 | Create list of priority unsecured claims that have priority over other unsecured claims |
| Hasegawa, Brian | 9/2/2020 | 0.80 | 350.00 | $280.00 | Call with Brown Rudnick (C. Castaldi and M. Schlan) and G. Polkowitz, C. Solsvig and K. Bhavaraju |
| Solsvig III, Curtis G. | 9/14/2020 | 0.70 | 950.00 | $665.00 | Meet with Goldin team (G. Polkowitz, K. Bhavaraju, B. Hasegawa) to review Variance report, SSG update, and plan for next steps and meeting with Committee |
| Solsvig III, Curtis G. | 9/14/2020 | 0.70 | 950.00 | $665.00 | Edit presentation materials for the UCC meeting |
| Solsvig III, Curtis G. | 9/14/2020 | 0.30 | 950.00 | $285.00 | Prepare for Committee meeting |
| Solsvig III, Curtis G. | 9/14/2020 | 1.60 | 950.00 | $1,520.00 | Review exhibits from 2004 Examinations |



***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Solsvig III, Curtis G. | 9/14/2020 | 0.50 | 950.00 | $475.00 | Correspond with Brown Rudnick (C. Castaldi, M. Schlan) re exhibits from 2004 Examinations |
| Solsvig III, Curtis G. | 9/14/2020 | 0.50 | 950.00 | $475.00 | Review D&O policies |
| Solsvig III, Curtis G. | 9/14/2020 | 0.20 | 950.00 | $190.00 | Correspond with Brown Rudnick (C. Castaldi, M. Schlan) re D&O policies |
| Polkowitz, Gary | 9/14/2020 | 0.70 | 875.00 | $612.50 | Participate on weekly Goldin team call with C. Solsvig, K. Bhavaraju and B. Hasegawa to discuss various case matters |
| Polkowitz, Gary | 9/14/2020 | 0.70 | 875.00 | $612.50 | Goldin team meeting with C. Solsvig, K. Bhavaraju and B. Hasegawa to discuss various case matters |
| Polkowitz, Gary | 9/14/2020 | 0.30 | 875.00 | $262.50 | Review and comment on draft weekly UCC deck |
| Bhavaraju, Karthik | 9/14/2020 | 0.70 | 775.00 | $542.50 | Call with G. Polkowitz, C. Solsvig and B. Hasegawa to discuss case updates including forensics, sale process and updates to UCC presentation draft |
| Bhavaraju, Karthik | 9/14/2020 | 0.80 | 775.00 | $620.00 | Prepare forensic updates to UCC draft presentation for discussion with committee on weekly call |
| Hasegawa, Brian | 9/14/2020 | 0.70 | 350.00 | $245.00 | Call with G. Polkowitz, C. Solsvig and K. Bhavaraju on case updates as well as update deck for UCC |
| Solsvig III, Curtis G. | 9/15/2020 | 0.50 | 950.00 | $475.00 | Meet with Brown Rudnick (C. Castaldi, M. Schlan) and (G. Polkowitz, K. Bavaraju, B. Hasegawa) to prepare for Committee meeting and discuss case issues |
| Solsvig III, Curtis G. | 9/15/2020 | 1.00 | 950.00 | $950.00 | Meet with Brown Rudnick (C. Castaldi, M. Schlan), Goldin (G. Polkowitz, K. Bavaraju, B. Hasegawa), and Creditors' Committee (K. Lance, R. Beck, J. Flint, J. Spear, S. Rhodes) for regular Committee meeting |
| Solsvig III, Curtis G. | 9/15/2020 | 0.40 | 950.00 | $380.00 | Call with K. Lance and M. Schlan re Sale price and related issues |
| Polkowitz, Gary | 9/15/2020 | 0.50 | 875.00 | $437.50 | Participate on a call with C. Solsvig, K. Bhavaraju, B. Hasegawa, C. Castaldi and M. Schlan on case update and prep for UCC call |
| Polkowitz, Gary | 9/15/2020 | 0.70 | 875.00 | $612.50 | Preparation for UCC call |
| Polkowitz, Gary | 9/15/2020 | 1.00 | 875.00 | $875.00 | Participate on UCC call with C. Solsvig, K. Bhavaraju, C. Castaldi, M Schlan, UCC member and their counsel |
| Bhavaraju, Karthik | 9/15/2020 | 1.00 | 775.00 | $775.00 | Weekly UCC update call with M. Schlan, C. Castaldi, G. Polkowitz, C. Solsvig and B. Hasegawa to review case status, including sale process, forensic analysis and budget variances |
| Bhavaraju, Karthik | 9/15/2020 | 0.50 | 775.00 | $387.50 | Meet with Brown Rudnick (C. Castaldi, M. Schlan) and (G. Polkowitz, C. Solsvig, B. Hasegawa) to prepare for Committee meeting and discuss case issues |
| Hasegawa, Brian | 9/15/2020 | 0.60 | 350.00 | $210.00 | Call with Brown Rudnick and G. Polkowitz, C. Solsvig and K. Bhavaraju |
| Hasegawa, Brian | 9/15/2020 | 0.50 | 350.00 | $175.00 | Meet with Brown Rudnick (C. Castaldi, M. Schlan) and (G. Polkowitz, K. Bhavaraju, C. Solsvig) to prepare for Committee meeting and discuss case issues |
| Solsvig III, Curtis G. | 9/21/2020 | 0.50 | 950.00 | $475.00 | Meet with Goldin team (G. Polkowitz, K. Bhavaraju, B. Hasegawa) for weekly update and planning |
| Solsvig III, Curtis G. | 9/21/2020 | 0.60 | 950.00 | $570.00 | Edit Goldin update package for Committee |
| Solsvig III, Curtis G. | 9/21/2020 | 0.30 | 950.00 | $285.00 | Correspond with Goldin team (G. Polkowitz, K. Bhavaraju, B. Hasegawa) re updates to Committee report and related issues |
| Polkowitz, Gary | 9/21/2020 | 0.50 | 875.00 | $437.50 | Participate on weekly call with C. Solsvig, K. Bhavaraju and B. Hasegawa on various case matters |
| Polkowitz, Gary | 9/21/2020 | 0.50 | 875.00 | $437.50 | Participate on weekly Goldin team call with C. Solsvig, K. Bhavaraju and B. Hasegawa to discuss various matters including weekly reporting to the UCC |


**Goldin**
Associates LLC

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Polkowitz, Gary | 9/21/2020 | 0.40 | 875.00 | $350.00 | Review and comment on draft weekly report to the UCC |
| Polkowitz, Gary | 9/21/2020 | 1.00 | 875.00 | $875.00 | Call with C. Castaldi, M. Schlan, C. Solsvig and K. Bhavaraju to discuss various matters including the sale process, DIP and the investigation |
| Bhavaraju, Karthik | 9/21/2020 | 0.50 | 775.00 | $387.50 | Update call with G. Polkowitz, C. Solsvig and B. Hasegawa on case updates, including sale process, forensic analysis and DIP budget variances |
| Bhavaraju, Karthik | 9/21/2020 | 0.60 | 775.00 | $465.00 | Prepare updates to draft presentation to UCC for the week |
| Hasegawa, Brian | 9/21/2020 | 0.50 | 350.00 | $175.00 | Call with G. Polkowitz, C. Solsvig and K. Bhavaraju on case updates, including sale process, and DIP variances |
| Hasegawa, Brian | 9/21/2020 | 0.50 | 350.00 | $175.00 | Edits to UCC update deck text |
| Solsvig III, Curtis G. | 9/22/2020 | 1.00 | 950.00 | $950.00 | Meet with Committee, Brown Rudnick (C. Castaldi, M. Schlan), Goldin (G. Polkowitz, K. Bhavaraju, B. Hasegawa) for weekly Committee Update |
| Solsvig III, Curtis G. | 9/22/2020 | 1.20 | 950.00 | $1,140.00 | Prepare for Committee call, including review of agenda and review of Traxys objection |
| Solsvig III, Curtis G. | 9/22/2020 | 1.00 | 950.00 | $950.00 | Call with C. Castaldi, M. Schlan, G. Polkowitz and K. Bhavaraju to discuss various matters including the sale process, DIP and the investigation |
| Polkowitz, Gary | 9/22/2020 | 0.40 | 875.00 | $350.00 | Preparation for UCC weekly call |
| Polkowitz, Gary | 9/22/2020 | 1.00 | 875.00 | $875.00 | Participate on weekly UCC call with C. Solsvig, K. Bhavaraju, Brown Rudnick and McDonald Carano teams and the UCC members and their counsel |
| Bhavaraju, Karthik | 9/22/2020 | 1.00 | 775.00 | $775.00 | Weekly conference call with UCC committee, M. Schlan, C. Castaldi, G. Polkowitz, and C. Solsvig |
| Bhavaraju, Karthik | 9/22/2020 | 0.50 | 775.00 | $387.50 | Prepare for committee call discussion on forensic analysis conducted to date |
| Bhavaraju, Karthik | 9/22/2020 | 1.00 | 775.00 | $775.00 | Call with C. Castaldi, M. Schlan, C. Solsvig and G. Polkowitz to discuss various matters including the sale process, DIP and the investigation |
| Solsvig III, Curtis G. | 9/23/2020 | 0.40 | 950.00 | $380.00 | Correspond with M Schlan (Brown Rudnick) re change in hearing schedule and related issues |
| Bhavaraju, Karthik | 9/28/2020 | 0.40 | 775.00 | $310.00 | Review injunction filed by business partners of J. Carrero for information in support of forensic analysis |

Total: 01 Financial advisory services

47.00          $38,690.00



**Goldin**
Associates

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Nickname 1: 02 Sale Process** | | | | | |
| Polkowitz, Gary | 9/1/2020 | 0.20 | 875.00 | $175.00 | Read and reviewed sale update from SSG |
| Bhavaraju, Karthik | 9/1/2020 | 0.30 | 775.00 | $232.50 | Review materials re: sale process update from SSG in preparation for call with UCC |
| Solsvig III, Curtis G. | 9/2/2020 | 0.20 | 950.00 | $190.00 | Correspond with N. Gupta (SSG) re status of sale process |
| Solsvig III, Curtis G. | 9/2/2020 | 0.40 | 950.00 | $380.00 | Discuss issues to be covered with Re-Steel with N. Gupta (SSG) |
| Solsvig III, Curtis G. | 9/8/2020 | 0.30 | 950.00 | $285.00 | Meet with SSG (N. Gupta, J. Julio) to review sale process |
| Solsvig III, Curtis G. | 9/8/2020 | 0.50 | 950.00 | $475.00 | Correspond with Brown Rudnick (M. Schlan, C. Castaldi) and Goldin team (G. Polkowitz, K. Bhavaraju) re update on Sale processs and related issues |
| Solsvig III, Curtis G. | 9/8/2020 | 0.20 | 950.00 | $190.00 | Review SSG update on Sale process |
| Polkowitz, Gary | 9/8/2020 | 0.10 | 875.00 | $87.50 | Read and reviewed sale up from SSG |
| Bhavaraju, Karthik | 9/8/2020 | 0.10 | 775.00 | $77.50 | Review sale process status materials from J. Julio of SSG |
| Hasegawa, Brian | 9/8/2020 | 0.20 | 350.00 | $70.00 | Call with SSG on sale process |
| Solsvig III, Curtis G. | 9/14/2020 | 0.30 | 950.00 | $285.00 | Meet with SSG (N. Gupta, J. Julio) to review status of Sale process |
| Solsvig III, Curtis G. | 9/14/2020 | 0.50 | 950.00 | $475.00 | Correspond with K. Lance (Committee member) re Stalking Horse bid |
| Solsvig III, Curtis G. | 9/14/2020 | 0.20 | 950.00 | $190.00 | Review SSG update report |
| Solsvig III, Curtis G. | 9/14/2020 | 0.10 | 950.00 | $95.00 | Discussion with G. Polkowitz on the sale process update |
| Polkowitz, Gary | 9/14/2020 | 0.10 | 875.00 | $87.50 | Review of latest sale process from SSG |
| Polkowitz, Gary | 9/14/2020 | 0.10 | 875.00 | $87.50 | Discussion with C. Solsvig on the sale process update |
| Hasegawa, Brian | 9/14/2020 | 0.10 | 350.00 | $35.00 | Call with SSG on sale process |
| Solsvig III, Curtis G. | 9/21/2020 | 0.30 | 950.00 | $285.00 | Meet with SSG (N. Gupta, J. Julio) to review status of Sale process |
| Polkowitz, Gary | 9/21/2020 | 0.20 | 875.00 | $175.00 | Read and reviewed SSG sale update |
| Hasegawa, Brian | 9/21/2020 | 0.80 | 350.00 | $280.00 | Prepare edits to UCC update on sale process |
| Hasegawa, Brian | 9/21/2020 | 0.70 | 350.00 | $245.00 | Comparison of sales backlog |
| Solsvig III, Curtis G. | 9/22/2020 | 0.30 | 950.00 | $285.00 | Update with B. Shapiro (Sale Manager) |
| Solsvig III, Curtis G. | 9/30/2020 | 0.20 | 950.00 | $190.00 | Correspond with N. Gupta (SSG) re status of sale |
| Solsvig III, Curtis G. | 9/30/2020 | 0.30 | 950.00 | $285.00 | Correspond with Brown Rudnick (C. Castaldi, M. Schlan) and Goldin (G. Polkowitz, K. Bhavaraju, B. Hasegawa) re status of sale |

Total: 02 Sale Process

|  | 6.70 |  | $5,162.50 |
|---|---|---|---|



***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Nickname 1: 04 DIP** | | | | | |
| Polkowitz, Gary | 9/1/2020 | 0.30 | 875.00 | $262.50 | Review of DIP variance report |
| Polkowitz, Gary | 9/1/2020 | 0.30 | 875.00 | $262.50 | Discussion with C. Solsvig on weekly DIP variance report |
| Bhavaraju, Karthik | 9/1/2020 | 0.30 | 775.00 | $232.50 | Review materials re: budget vs. actual variance analysis from debtors in preparation for call with UCC |
| Solsvig III, Curtis G. | 9/8/2020 | 0.60 | 950.00 | $570.00 | Review Variance analysis from HRP |
| Polkowitz, Gary | 9/8/2020 | 0.30 | 875.00 | $262.50 | Review of weekly DIP various report |
| Hasegawa, Brian | 9/8/2020 | 0.80 | 350.00 | $280.00 | DIP budget variance analysis |
| Hasegawa, Brian | 9/8/2020 | 0.70 | 350.00 | $245.00 | Creation of UCC update for most recent week |
| Solsvig III, Curtis G. | 9/14/2020 | 0.40 | 950.00 | $380.00 | Review DIP Variance report |
| Solsvig III, Curtis G. | 9/14/2020 | 0.20 | 950.00 | $190.00 | Discussion with G. Polkowitz on weekly DIP variance report |
| Polkowitz, Gary | 9/14/2020 | 0.40 | 875.00 | $350.00 | Review of latest weekly DIP variance report |
| Polkowitz, Gary | 9/14/2020 | 0.20 | 875.00 | $175.00 | Discussion with C. Solsvig on weekly DIP variance report |
| Bhavaraju, Karthik | 9/14/2020 | 0.50 | 775.00 | $387.50 | Review materials from debtors re: variance explanations for DIP budget for week |
| Hasegawa, Brian | 9/14/2020 | 1.20 | 350.00 | $420.00 | Update of variance analysis for 12 weeks ending 9.4.2020 |
| Hasegawa, Brian | 9/14/2020 | 0.50 | 350.00 | $175.00 | Edits to update deck for UCC |
| Hasegawa, Brian | 9/14/2020 | 0.80 | 350.00 | $280.00 | Comparison of actual financials to High Ridge forecast sent to JP Morgan |
| Hasegawa, Brian | 9/14/2020 | 0.50 | 350.00 | $175.00 | Edits to update deck for UCC |
| Solsvig III, Curtis G. | 9/15/2020 | 0.80 | 950.00 | $760.00 | Meet with High Ridge team (M. Dudek, G. Apathy, A. George, M. Zeit, M. Eber), Tedesco (CFO), and Goldin (G. Polkowitz, K. Bhavaraju, B. Hasegawa) to review Variance Report |
| Bhavaraju, Karthik | 9/15/2020 | 0.60 | 775.00 | $465.00 | Conference call with M. Schlan, C. Castaldi, G. Polkowitz, C. Solsvig and B. Hasegawa to review budget variances and DIP issues |
| Hasegawa, Brian | 9/15/2020 | 0.60 | 350.00 | $210.00 | Call with High Ridge Partners and J. Tedesco, as well as C. Solsvig and K. Bhavaraju on variance report |
| Solsvig III, Curtis G. | 9/21/2020 | 0.70 | 950.00 | $665.00 | Review Variance report |
| Polkowitz, Gary | 9/21/2020 | 0.30 | 875.00 | $262.50 | Review of weekly DIP variance report |
| Hasegawa, Brian | 9/21/2020 | 1.40 | 350.00 | $490.00 | DIP variance analysis |
| Hasegawa, Brian | 9/21/2020 | 0.60 | 350.00 | $210.00 | Edits to UCC update on DIP variance |
| Solsvig III, Curtis G. | 9/22/2020 | 0.30 | 950.00 | $285.00 | Meet with HRP (M. Dudek, G. Apathy, A. George, M. Zeit, M. Eber) to review DIP Variance analysis |
| Solsvig III, Curtis G. | 9/22/2020 | 0.20 | 950.00 | $190.00 | Call with High Ridge Team and B. Hasegawa on DIP variance |
| Hasegawa, Brian | 9/22/2020 | 0.20 | 350.00 | $70.00 | Call with High Ridge Team and C. Solsvig on DIP variance |
| Hasegawa, Brian | 9/28/2020 | 0.50 | 350.00 | $175.00 | Variance analysis for DIP for week ending 9.11.2020 |

Total: 04 DIP

|  | | 14.20 | | $8,430.00 | |



*Work Code Narrative:* Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Nickname 1: 07 Litigation, strategy, investigation and expert work** | | | | | |
| Polkowitz, Gary | 9/1/2020 | 0.30 | 875.00 | $262.50 | Discussion with K. Bhavaraju on the investigation of payments to Carrero |
| Bhavaraju, Karthik | 9/1/2020 | 1.30 | 775.00 | $1,007.50 | Review AR subledger for Intermetal and other related parties received from debtors in order to match to payments made by debtors to Intermetal |
| Bhavaraju, Karthik | 9/1/2020 | 1.50 | 775.00 | $1,162.50 | Conference call with B. Hasegawa to assess AR information from Intermetal in relation to payments made by debtors |
| Bhavaraju, Karthik | 9/1/2020 | 0.30 | 775.00 | $232.50 | Discussion with G. Polkowitz on the investigation of payments to Carrero |
| Bhavaraju, Karthik | 9/1/2020 | 0.20 | 775.00 | $155.00 | Call with B. Hasegawa on updating deck on forensic investigation of MPR pyaments to related entities |
| Hasegawa, Brian | 9/1/2020 | 1.50 | 350.00 | $525.00 | Call with K. Bhavaraju on file relating payments and invoices from MPR to related entities |
| Hasegawa, Brian | 9/1/2020 | 1.40 | 350.00 | $490.00 | Creating graphs showing A/R balance at Intermetal Rebar and International Metal related to invoices and payments from MPR |
| Hasegawa, Brian | 9/1/2020 | 0.20 | 350.00 | $70.00 | Call with K. Bhavaraju on updating deck on forensic investigation of MPR pyaments to related entities |
| Hasegawa, Brian | 9/1/2020 | 2.10 | 350.00 | $735.00 | Edits to file comparing invoices to payments to insiders from MPR |
| Hasegawa, Brian | 9/1/2020 | 2.50 | 350.00 | $875.00 | Creation of deck on updates for forensic investigation of MPR |
| Hasegawa, Brian | 9/1/2020 | 0.60 | 350.00 | $210.00 | Review of Valor Building Materials invoices and comparison of pricing with invoices for International Metal and Intermetal Rebar |
| Solsvig III, Curtis G. | 9/2/2020 | 0.30 | 950.00 | $285.00 | Discuss A/R analysis with High Ridge team (M. Dudek, G. Apathy, A. George, M. Zeit, M. Eber), Tedesco (CFO), and Goldin (G. Polkowitz, K. Bhavaraju, B. Hasegawa) |
| Polkowitz, Gary | 9/2/2020 | 1.00 | 875.00 | $875.00 | Call with C. Solsvig, K. Bhavaraju, B. Hasegawa, M. Eber, M. Dudek , J. Tedesco and G. Apathy to discuss follow up information, questions and request on the payments to insiders |
| Bhavaraju, Karthik | 9/2/2020 | 1.00 | 775.00 | $775.00 | Followup call with M. Dudek, M. Eber, G. Apathy, C. Solsvig, G. Polkowitz and B. Hasegawa to discuss document request materials related to forensic analysis of payments to insiders including J. Carrero |
| Bhavaraju, Karthik | 9/2/2020 | 1.10 | 775.00 | $852.50 | Review updates to forensic analysis presentation prepared by B. Hasegawa to assess payments and related support for reasonablness |
| Bhavaraju, Karthik | 9/2/2020 | 0.10 | 775.00 | $77.50 | Review certain invoice information prepared by debtors' advisors for reasonableness |
| Bhavaraju, Karthik | 9/2/2020 | 0.60 | 775.00 | $465.00 | Analyze A/R analysis documents prepared by debtors in support of recent variances vs budget |
| Hasegawa, Brian | 9/2/2020 | 1.00 | 350.00 | $350.00 | Call with High Ridge, J. Tedesco and G. Polkowitz, C. Solsvig, and K. Bhavaraju on Accounts Receivable file as well as files received for forensic investigation of payments made to related entities |
| Hasegawa, Brian | 9/2/2020 | 1.20 | 350.00 | $420.00 | Comparison of Intermetal AR ledger to payments listed in SOFA file |
| Hasegawa, Brian | 9/2/2020 | 0.70 | 350.00 | $245.00 | Review of Intermetal G&J AR ledger for payments that fell within the 4 years leading to the bankruptcy |
| Polkowitz, Gary | 9/3/2020 | 0.30 | 875.00 | $262.50 | Call with K. Bhavaraju on the status of insider payment investigation |
| Polkowitz, Gary | 9/3/2020 | 0.40 | 875.00 | $350.00 | Review of latest insider payments analysis on Carrero |



**Goldin**
Associates

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 9/3/2020 | 1.00 | 775.00 | $775.00 | Finalize new document request list to assess information needed for certain prepayments made by MPR to Intermetal |
| Bhavaraju, Karthik | 9/3/2020 | 0.30 | 775.00 | $232.50 | Discuss updates to document request list prepared by B. Hasegawa |
| Bhavaraju, Karthik | 9/3/2020 | 1.60 | 775.00 | $1,240.00 | Review certain documents received from the debtors including the A/R ledger for Intermetal and International Metal to assess payments made by debtors and related purpose |
| Bhavaraju, Karthik | 9/3/2020 | 1.10 | 775.00 | $852.50 | Discuss certain possible discrepancies in payments made by debtors to entities controlled by insiders, including J. Carrero |
| Hasegawa, Brian | 9/3/2020 | 0.30 | 350.00 | $105.00 | Call with K. Bhavaraju on edits to request list |
| Hasegawa, Brian | 9/3/2020 | 0.70 | 350.00 | $245.00 | Make edits to document request list for forensic investigation |
| Hasegawa, Brian | 9/3/2020 | 0.50 | 350.00 | $175.00 | Checking payments to Valor Building Materials to see if there are pre-payments |
| Hasegawa, Brian | 9/3/2020 | 1.20 | 350.00 | $420.00 | Checking payments to Intermetal to confirm Intermetal A/R that said there were no payments from MPR to Intermetal in 2019 |
| Hasegawa, Brian | 9/3/2020 | 0.40 | 350.00 | $140.00 | Checking information received from High Ridge Partners on ownership of related entities |
| Bhavaraju, Karthik | 9/4/2020 | 1.00 | 775.00 | $775.00 | Finalize document request list for debtors related to payments made to entities controlled by J. Carrero |
| Bhavaraju, Karthik | 9/4/2020 | 1.30 | 775.00 | $1,007.50 | Review diligence materials received from debtors, including GL information from entities affiliated with insiders and ownership information of entities |
| Bhavaraju, Karthik | 9/4/2020 | 0.30 | 775.00 | $232.50 | Review diligence materials for contracts related to management fees paid to J. Carrero over time |
| Bhavaraju, Karthik | 9/4/2020 | 1.20 | 775.00 | $930.00 | Review entity formation documents for ownership information for related parties including insider controlled entities |
| Hasegawa, Brian | 9/4/2020 | 1.00 | 350.00 | $350.00 | Finding the 10 largest payments to Intermetal according to the Intermetal A/R file |
| Polkowitz, Gary | 9/8/2020 | 0.40 | 875.00 | $350.00 | Discussion with K. Bhavaraju on the investigation of payments to Carrero |
| Bhavaraju, Karthik | 9/8/2020 | 0.10 | 775.00 | $77.50 | Discuss document request list for forensic analysis of payments to insiders with M. Schlan |
| Polkowitz, Gary | 9/9/2020 | 0.40 | 875.00 | $350.00 | Read and reviewed correspondence on investigation |
| Polkowitz, Gary | 9/9/2020 | 0.30 | 875.00 | $262.50 | Call with K. Bhavaraju on investigation status |
| Bhavaraju, Karthik | 9/9/2020 | 0.30 | 775.00 | $232.50 | Call with G. Polkowitz on investigation status |
| Hasegawa, Brian | 9/9/2020 | 1.20 | 350.00 | $420.00 | Addition of Prestige purchase to deck on forensic investigation |
| Hasegawa, Brian | 9/9/2020 | 2.40 | 350.00 | $840.00 | Edits to deck on forensic investigation |
| Hasegawa, Brian | 9/9/2020 | 1.10 | 350.00 | $385.00 | Review of documents sent over by Debtors' counsel to determine if there is information that answers document requests |
| Polkowitz, Gary | 9/10/2020 | 0.20 | 875.00 | $175.00 | Read and reviewed correspondence on the payments related to Carrero |
| Bhavaraju, Karthik | 9/10/2020 | 0.20 | 775.00 | $155.00 | Conference call with B. Hasegawa to review certain documents from debtors related to purchases of assets including those from related parties |
| Bhavaraju, Karthik | 9/10/2020 | 1.00 | 775.00 | $775.00 | Review certain materials related to purchase agreements for certain entities purchased by Debtors over time |
| Bhavaraju, Karthik | 9/10/2020 | 0.40 | 775.00 | $310.00 | Prepare summary of acquisition of certain business acquisitions made by Debtors over time for presentation to UCC |


**Goldin**
Associates

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Hasegawa, Brian | 9/10/2020 | 0.20 | 350.00 | $70.00 | Call with K. Bhavaraju on review of documents sent over by Debtors' counsel |
| Hasegawa, Brian | 9/10/2020 | 3.10 | 350.00 | $1,085.00 | Comparison of Receiving Report for MPR to Intermetal and International Metal reports of material sent to MPR and for what price |
| Bhavaraju, Karthik | 9/11/2020 | 2.20 | 775.00 | $1,705.00 | Review certain materials received from debtors' counsel regarding payments made by debtors to third parties, receivables aging and payables due over time |
| Bhavaraju, Karthik | 9/11/2020 | 0.60 | 775.00 | $465.00 | Review analysis of materials received from debtors' counsel re: financial operations of debtors over time to assess reasonableness of pricing |
| Bhavaraju, Karthik | 9/13/2020 | 0.20 | 775.00 | $155.00 | Gather materials received from debtors counsel re: historical financial records of debtors, to send to M. Dudek for review |
| Hasegawa, Brian | 9/13/2020 | 0.40 | 350.00 | $140.00 | Compressing files from Saul Ewing to send to High Ridge Partners |
| Bhavaraju, Karthik | 9/14/2020 | 0.90 | 775.00 | $697.50 | Check information on payments to insiders prepared by B. Hasegawa for inclusion in UCC presentation |
| Bhavaraju, Karthik | 9/15/2020 | 0.50 | 775.00 | $387.50 | Prepare for weekly UCC call with review of supporting materials including those related to payments to J. Carrero and F. Bergren |
| Bhavaraju, Karthik | 9/15/2020 | 2.50 | 775.00 | $1,937.50 | Review materials received from debtors' counsel re: operation of debtors, including AR aging, payments to insiders, AP aging and other areas of investigation |
| Polkowitz, Gary | 9/17/2020 | 0.50 | 875.00 | $437.50 | Call with K. Bhavaraju and B. Hasegawa on investigation documents |
| Polkowitz, Gary | 9/17/2020 | 0.30 | 875.00 | $262.50 | Call with K. Bhavaraju on status on investigation and documents received to date |
| Bhavaraju, Karthik | 9/17/2020 | 0.50 | 775.00 | $387.50 | Conference call with B. Hasegawa to review documents received from debtors in support of AR ledger from J. Carrero entities with payments from debtors |
| Bhavaraju, Karthik | 9/17/2020 | 1.40 | 775.00 | $1,085.00 | Research preference analysis issues for assessment of payments made to J. Carrero entities by debtors over time |
| Bhavaraju, Karthik | 9/17/2020 | 1.90 | 775.00 | $1,472.50 | Analyze materials, including invoices, purchase orders, transfer receipts and release tickets, received from debtors in support of prepayments made by debtor to entities controlled by J. Carrero |
| Bhavaraju, Karthik | 9/17/2020 | 1.00 | 775.00 | $775.00 | Compare payments made to J. Carrero entities with supporting materials, including purchase orders to assess reasonableness |
| Bhavaraju, Karthik | 9/17/2020 | 0.50 | 775.00 | $387.50 | Call with G. Polkowitz and B. Hasegawa on investigation documents |
| Bhavaraju, Karthik | 9/17/2020 | 0.30 | 775.00 | $232.50 | Call with G. Polkowitz on status on investigation and documents received to date |
| Hasegawa, Brian | 9/17/2020 | 2.10 | 350.00 | $735.00 | Review of documents sent over by High Ridge and the Debtors containing invoices, purchase orders, proof of delivery and payment receipts |
| Hasegawa, Brian | 9/17/2020 | 0.50 | 350.00 | $175.00 | Call with K. Bhavaraju on documents received from High Ridge including invoices, purchase orders, proof of delivery and payment receipts |
| Hasegawa, Brian | 9/17/2020 | 2.10 | 350.00 | $735.00 | Listing payment date/amount, and comparing to invoice date/amount, purchase order date/amount, and delivery date |
| Hasegawa, Brian | 9/17/2020 | 0.70 | 350.00 | $245.00 | Payment date/amount, invoice date/amount, purchase order date/amount table |



**Goldin**
Associates

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Hasegawa, Brian | 9/17/2020 | 0.50 | 350.00 | $175.00 | Call with K. Bhavaraju and G. Polkowitz on investigation documents |
| Bhavaraju, Karthik | 9/18/2020 | 1.80 | 775.00 | $1,395.00 | Evaluate materials from debtors re: support for payments to insider entities, including invoices, purchase orders for reasonableness of payments |
| Bhavaraju, Karthik | 9/18/2020 | 1.00 | 775.00 | $775.00 | Reconstruct work flow process related to purchases of materials from debtor from entities controlled by J. Carrero entities in support of potential preference issues |
| Bhavaraju, Karthik | 9/18/2020 | 1.10 | 775.00 | $852.50 | Assess reasonableness of pricing related to purchases of material by debtor from entities controlled by J. Carrero |
| Bhavaraju, Karthik | 9/18/2020 | 0.60 | 775.00 | $465.00 | Review certain draft analyses related to payments of management fees to J. Carrero over time for reasonableness of terms and purpose of payments |
| Bhavaraju, Karthik | 9/18/2020 | 1.00 | 775.00 | $775.00 | Research preference analyses approach to use with payments made to J. Carrero entities, in various areas, including satisfaction of antecedent debt, invoice terms and pricing |
| Bhavaraju, Karthik | 9/21/2020 | 0.50 | 775.00 | $387.50 | Call with B.Hasegawa to review and discuss in detail analysis of documents received from the Debtors, including invoices, purchase orders, and stock transfer receipts related to payments to entities controlled by J. Carrero |
| Bhavaraju, Karthik | 9/21/2020 | 0.60 | 775.00 | $465.00 | Call with B. Hasegawa to review in detail certain transfer receipts and release certificates for transfer of materials from Intermetal to the debtors in exchange for payments |
| Bhavaraju, Karthik | 9/21/2020 | 1.20 | 775.00 | $930.00 | Review draft analysis prepared by B. Hasegawa re: payments to insiders from debtors over time in transactions involving sale of materials |
| Bhavaraju, Karthik | 9/21/2020 | 1.40 | 775.00 | $1,085.00 | Evaluate certain AR ledger information from Intermetal and compare to invoices and other proof of purchase orders and delivery of materials received from debtors |
| Hasegawa, Brian | 9/21/2020 | 0.50 | 350.00 | $175.00 | Call with K. Bhavaraju on documents received from the Debtors and High Ridge Partners, including invoices, purchase orders, and stock transfer receipts |
| Hasegawa, Brian | 9/21/2020 | 1.50 | 350.00 | $525.00 | Adding what the terms were to all invoices reviewed related to three payments |
| Hasegawa, Brian | 9/21/2020 | 0.60 | 350.00 | $210.00 | Call with K. Bhavaraju to review in detail certain transfer receipts and release certificates for transfer of materials from Intermetal to the debtors in exchange for payments |
| Bhavaraju, Karthik | 9/22/2020 | 0.30 | 775.00 | $232.50 | Call with B. Hasegawa on next steps for assessment of potential causes of action against certain insiders |
| Bhavaraju, Karthik | 9/22/2020 | 0.50 | 775.00 | $387.50 | Followup call with B. Hasegawa to discuss proposed updates to draft presentation on forensic analysis related to payments to insiders |
| Bhavaraju, Karthik | 9/22/2020 | 1.00 | 775.00 | $775.00 | Research preference analysis issues including defenses to them, for applicability in the context of analyses of insider payments |
| Bhavaraju, Karthik | 9/22/2020 | 0.70 | 775.00 | $542.50 | Review certain analyses produced by B. Hasegawa re: tracking payments to Intermetal and related supply of materials to the debtors over time, in the 1 year prior the bankruptcy filing |
| Hasegawa, Brian | 9/22/2020 | 0.30 | 350.00 | $105.00 | Call with K. Bhavaraju on next steps for causes of action |
| Hasegawa, Brian | 9/22/2020 | 2.80 | 350.00 | $980.00 | Purchase orders, invoices, and shipping and release date table for payments from materials from High Ridge and Debtors |



**Goldin**
Associates LLC

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Hasegawa, Brian | 9/22/2020 | 0.50 | 350.00 | $175.00 | Review of bankruptcy law on preferences, new value defense and contemporaneous exchange defense |
| Hasegawa, Brian | 9/22/2020 | 0.50 | 350.00 | $175.00 | Edits to table of purchase orders, invoices, shipping and release dates |
| Hasegawa, Brian | 9/22/2020 | 0.50 | 350.00 | $175.00 | Call with K. Bhavaraju on table of purchase orders, shipping and release dates, and payments |
| Hasegawa, Brian | 9/22/2020 | 1.80 | 350.00 | $630.00 | Purchase orders, invoices, and shipping and release date table for payments from materials from High Ridge and Debtors |
| Bhavaraju, Karthik | 9/23/2020 | 0.50 | 775.00 | $387.50 | Call with B. Hasegawa on agenda for call with Debtors to resolve questions re: certain invoices, purchase orders and release certificates for transactions between debtors and Intermetal over the previous year |
| Hasegawa, Brian | 9/23/2020 | 0.60 | 350.00 | $210.00 | Call with K. Bhavaraju on agenda for call with High Ridge Partners on files including invoices, purchase orders and shipping receipts |
| Hasegawa, Brian | 9/23/2020 | 0.70 | 350.00 | $245.00 | Review of IMR invoices, and purchase orders to identify whether IMR was acting as a conduit for MPR purchases |
| Solsvig III, Curtis G. | 9/24/2020 | 0.50 | 950.00 | $475.00 | Meet with HRP (M. Dudek, G. Apathy, A. George, M. Zeit, M. Eber) to discuss document request |
| Polkowitz, Gary | 9/24/2020 | 0.50 | 875.00 | $437.50 | Particpate on call with K. Bhavaraju, B. Hasegawa, J. Tedesco and High Ridge team on documents produced for the investigation |
| Polkowitz, Gary | 9/24/2020 | 0.40 | 875.00 | $350.00 | Discussions with K. Bhavaraju on the investigation |
| Polkowitz, Gary | 9/24/2020 | 0.40 | 875.00 | $350.00 | Review of documents produced related to the investigation |
| Bhavaraju, Karthik | 9/24/2020 | 0.50 | 775.00 | $387.50 | Conference call with M. Dudek, J. Tedesco, G. Apathy, M. Eber, G. Polkowitz and B. Hasegawa to discuss questions about discovery materials provided by debtors related to payments to Intermetal and related sale of materials |
| Bhavaraju, Karthik | 9/24/2020 | 0.60 | 775.00 | $465.00 | Conference call with B. Hasegawa to discuss next steps in forensic analysis to include new information received from debtors on the sale of material to debtors by Intermetal |
| Bhavaraju, Karthik | 9/24/2020 | 0.40 | 775.00 | $310.00 | Discussions with G. Polkowitz on the investigation |
| Hasegawa, Brian | 9/24/2020 | 0.50 | 350.00 | $175.00 | Call with High Ridge, J. Tedesco and G. Polkowitz and K. Bhavaraju |
| Hasegawa, Brian | 9/24/2020 | 0.30 | 350.00 | $105.00 | Call with K. Bhavaraju on updates and next steps based on call with Debtors and High Ridge |
| Hasegawa, Brian | 9/24/2020 | 2.10 | 350.00 | $735.00 | Addition of payments to table of invoices, purchase orders, transfer receipts and release tickets from February |
| Hasegawa, Brian | 9/24/2020 | 0.50 | 350.00 | $175.00 | Addition of payments to table of invoices, purchase orders, transfer receipts and release tickets from March |
| Hasegawa, Brian | 9/24/2020 | 1.00 | 350.00 | $350.00 | Addition of payments to table of invoices, purchase orders, transfer receipts and release tickets from March |
| Hasegawa, Brian | 9/24/2020 | 2.50 | 350.00 | $875.00 | Addition of payments to table of invoices, purchase orders, transfer receipts and release tickets from April-May |
| Bhavaraju, Karthik | 9/25/2020 | 0.60 | 775.00 | $465.00 | Conference call with B. Hasegawa to review updated analysis of payments to related parties, by debtors over time |
| Bhavaraju, Karthik | 9/25/2020 | 1.40 | 775.00 | $1,085.00 | Review updated analysis prepared by B. Hasegawa reflecting certain sale transactions between related parties and debtors, following discussion with debtors |
| Hasegawa, Brian | 9/25/2020 | 1.40 | 350.00 | $490.00 | Edits to table of invoices, purchase orders, transfer receipts and release tickets including adding sum of materials delivered prior to payments to show antecedent debt created |



**Goldin**
Associates

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Hasegawa, Brian | 9/25/2020 | 0.50 | 350.00 | $175.00 | Call with K. Bhavaraju on edits to table of invoices, purchase orders, transfer receipts and release tickets, including changes to Simec delivery location which was to MPR instead of Intermetal |
| Hasegawa, Brian | 9/25/2020 | 1.20 | 350.00 | $420.00 | Updating table of payments, invoices, purchase orders, transfer receipts and release tickets to reflect deliveries to Intermetal were actually made to MPR address |
| Hasegawa, Brian | 9/25/2020 | 0.40 | 350.00 | $140.00 | Spot checking invoices to pricing file received from Debtors to confirm each invoice amount listed by the Debtors matches to the invoice amounts in the documents received |
| Bhavaraju, Karthik | 9/28/2020 | 1.20 | 775.00 | $930.00 | Conference call with B. Hasegawa to review draft analysis of payments to insiders including entities controlled by J. Carrero |
| Bhavaraju, Karthik | 9/28/2020 | 1.00 | 775.00 | $775.00 | Check analysis prepared by B. Hasegawa re: payments to International Metal to assess isssues related to timing of payments, and payment timing |
| Bhavaraju, Karthik | 9/28/2020 | 0.50 | 775.00 | $387.50 | Analyze differences in pricing for sales to debtors from entities controlled by J. Carrero vs. pricing from unrelated third parties |
| Bhavaraju, Karthik | 9/28/2020 | 0.60 | 775.00 | $465.00 | Review materials from debtors re: transactions between entities controlled by J. Carrero and suppliers to them |
| Hasegawa, Brian | 9/28/2020 | 1.50 | 350.00 | $525.00 | Review of April 17, 2020 Request for Injunction by Turkish Partners of Intermetal Rebar against J. Carrero and M. Ramirez to understand the implications for the bankruptcy and the interconnected nature of Intermetal and MPR |
| Hasegawa, Brian | 9/28/2020 | 0.60 | 350.00 | $210.00 | Review of Intermetal supplier invoices and documentation related to selected payments made by MPR to Intermetal in February |
| Hasegawa, Brian | 9/28/2020 | 0.80 | 350.00 | $280.00 | Review of Intermetal supplier invoices and documentation related to selected payments made by MPR to Intermetal in March |
| Hasegawa, Brian | 9/28/2020 | 0.80 | 350.00 | $280.00 | Review of Intermetal supplier invoices and documentation related to selected payments made by MPR to Intermetal in April-May |
| Hasegawa, Brian | 9/28/2020 | 1.20 | 350.00 | $420.00 | Call with K. Bhavaraju on investigation and potential preferences based on information received from High Ridge, as well as edits to table of MPR payments, invoices and purchase orders to Intermetal |
| Hasegawa, Brian | 9/28/2020 | 0.80 | 350.00 | $280.00 | Edits to table of MPR payments, invoices and purchase orders to Intermetal based on K. Bhavaraju changes |
| Hasegawa, Brian | 9/28/2020 | 0.50 | 350.00 | $175.00 | Review of Traxys Receiving Report file to confirm Intermetal pricing file which shows Intermetal material pricing in line with competitor pricing |
| Hasegawa, Brian | 9/28/2020 | 1.30 | 350.00 | $455.00 | Creating table that compares Intermetal and International Metal pricing for materials sold to MPR to materials sold by other competitors to MPR |
| Polkowitz, Gary | 9/29/2020 | 0.80 | 875.00 | $700.00 | Call with K. Bhavaraju and B. Hasegawa on status and update on the forensic review |
| Polkowitz, Gary | 9/29/2020 | 0.40 | 875.00 | $350.00 | Review of the forensic work to date by the Goldin team |
| Bhavaraju, Karthik | 9/29/2020 | 0.80 | 775.00 | $620.00 | Conference call with G. Polkowitz and B. Hasegawa to review preliminary conclusions around forensic analysis of payments to insiders |
| Bhavaraju, Karthik | 9/29/2020 | 1.00 | 775.00 | $775.00 | Check analysis prepared by B. Hasegawa re: payments to International Metal to assess isssues related to timing of payments, and payment timing |



**_Work Code Narrative:_** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | 9/29/2020 | 0.40 | 775.00 | $310.00 | Review materials from debtors re: transactions between entities controlled by J. Carrero and suppliers to them |
| Hasegawa, Brian | 9/29/2020 | 0.80 | 350.00 | $280.00 | Call with G. Polkowitz and K. Bhavaraju on forensic investigation of preferences including edits to table of payments, invoices purchase orders and transfer receipts |
| Hasegawa, Brian | 9/29/2020 | 1.00 | 350.00 | $350.00 | Edits to table of MPR payments, invoices and purchase orders to Intermetal based on G. Polkowitz and K. Bhavaraju changes |
| Bhavaraju, Karthik | 9/30/2020 | 0.60 | 775.00 | $465.00 | Discuss status of forensic analysis, including assessment of certain potential causes of action to date, with B. Hasegawa |
| Bhavaraju, Karthik | 9/30/2020 | 0.40 | 775.00 | $310.00 | Prepare updated list of open questions regarding analysis of payments to related parties for future discussion with Debtors |
| Bhavaraju, Karthik | 9/30/2020 | 0.40 | 775.00 | $310.00 | Review pricing comparison analysis of historical prices paid by entities controlled by J. Carrero vs. third party pricing |
| Bhavaraju, Karthik | 9/30/2020 | 1.40 | 775.00 | $1,085.00 | Prepare updates to draft forensic analysis presentation including conclusions todate re: payments to J. Carrero entities |
| Hasegawa, Brian | 9/30/2020 | 0.60 | 350.00 | $210.00 | Call with K. Bhavaraju on creation of materials to summarize findings of investigation into preferential payments to Intermetal |
| Hasegawa, Brian | 9/30/2020 | 2.00 | 350.00 | $700.00 | Edits to deck on forensic investigation and updates on potential preferential payments |
| Hasegawa, Brian | 9/30/2020 | 0.60 | 350.00 | $210.00 | Edits to deck on forensic investigation and updates on potential preferential payments based on K. Bhavaraju edits |

Total: 07 Litigation, strategy, investigation and expert work

122.60          $69,125.00



***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| **Nickname 1: 08 Retention and fee applications** | | | | | |
| Polkowitz, Gary | 9/9/2020 | 0.20 | 875.00 | $175.00 | Preparation for court hearing on Goldin retention application |
| Polkowitz, Gary | 9/9/2020 | 0.70 | 875.00 | $612.50 | Participate on court for Goldin retention application |
| Polkowitz, Gary | 9/11/2020 | 0.30 | 875.00 | $262.50 | Call with K. Bhavaraju on preparation of monthly fee statements |
| Bhavaraju, Karthik | 9/11/2020 | 0.30 | 775.00 | $232.50 | Conference call with G.Polkowitz to discuss preparation of fee applications for July and August 2020 |
| Bhavaraju, Karthik | 9/14/2020 | 0.50 | 775.00 | $387.50 | Make updates to monthly fee statement draft using materials from G. Polkowitz on time records |
| Bhavaraju, Karthik | 9/14/2020 | 0.40 | 775.00 | $310.00 | Review materials from G. Polkowitz re: time records in preparation of fee applications for July and August |
| Bhavaraju, Karthik | 9/15/2020 | 0.40 | 775.00 | $310.00 | Prepare draft fee statements using information on filings by counsel, received from B. Grubb |
| Bhavaraju, Karthik | 9/23/2020 | 0.40 | 775.00 | $310.00 | Prepare draft fee application for July and August for review by G. Polkowitz |
| Bhavaraju, Karthik | 9/23/2020 | 1.50 | 775.00 | $1,162.50 | Make updates to time entries in fee application for July and August before discussion with G. Polkowitz |
| Bhavaraju, Karthik | 9/23/2020 | 2.30 | 775.00 | $1,782.50 | Prepare and coordinate updates to fee applications, including filing and related time entry descriptions with K. Andersen |
| Bhavaraju, Karthik | 9/24/2020 | 0.30 | 775.00 | $232.50 | Review additional updates to time entries proposed by G. Polkowitz |
| Bhavaraju, Karthik | 9/25/2020 | 0.70 | 775.00 | $542.50 | Review and make additional updates to time entries proposed by G. Polkowitz |
| Polkowitz, Gary | 9/29/2020 | 1.20 | 875.00 | $1,050.00 | Preparation and review of the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Polkowitz, Gary | 9/29/2020 | 0.40 | 875.00 | $350.00 | Discussions with K. Bhavaraju on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Bhavaraju, Karthik | 9/29/2020 | 0.40 | 775.00 | $310.00 | Discussions with G. Polkowitz on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Polkowitz, Gary | 9/30/2020 | 0.10 | 875.00 | $87.50 | Discussion with M. Schlan on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Polkowitz, Gary | 9/30/2020 | 0.20 | 875.00 | $175.00 | Discussion with C. Castaldi on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Polkowitz, Gary | 9/30/2020 | 0.20 | 875.00 | $175.00 | Discussion with A. Perach on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Polkowitz, Gary | 9/30/2020 | 0.30 | 875.00 | $262.50 | Discussion with K. Bhavaraju on the Goldin's first monthly fee statement for the period from 7/21/2020 through 8/31/2020 |
| Bhavaraju, Karthik | 9/30/2020 | 0.60 | 775.00 | $465.00 | Review update fee application draft prepared by K. Andersen for July and August |
| Bhavaraju, Karthik | 9/30/2020 | 0.60 | 775.00 | $465.00 | Review update fee application draft prepared by K. Andersen for July and August |

Total: 08 Retention and fee applications

|  |  |
|---|---|
| 12.00 | $9,660.00 |

Grand Total



**Goldin**
Associates LLC

***Work Code Narrative:*** Metal Partners Rebar

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | 202.50 | | $131,067.50 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT 4</u>**

**<u>Expenses</u>**

McDONALD 🅜 CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966



**Detailed Expenses by Category:  Metal Partners Rebar**

For Expenses Through  9/30/20

| Expense | Start Date | End Date | Invoice Date | Description | Amount |
|---|---|---|---|---|---|
| **  : Telephone, Postage** | | | | | |
| | 9/2/2020 | 9/2/2020 | CS | C. Solsvig - Start Meeting Conference Call - Inv# 58919523 | $5.90 |
| | 9/14/2020 | 9/14/2020 | GP | G. Polkowitz - Start Meeting Conference Call - Inv # 59484030 | $3.06 |
| | 9/15/2020 | 9/15/2020 | CS | C. Solsvig - Start Meeting Conference Call - Inv # 59484030 | $1.42 |
| | 9/15/2020 | 9/15/2020 | CS | C. Solsvig - Start Meeting Conference Call - Inv # 59484030 | $4.26 |
| | 9/21/2020 | 9/21/2020 | GP | G. Polkowitz - Start Meeting Conference Call - Inv # 59484030 | $2.34 |

Total: Telephone, Postage

$16.98

| Expense | Start Date | End Date | Invoice Date | Description | Amount |
|---|---|---|---|---|---|
| **  : Meals** | | | | | |
| | 9/23/2020 | 9/23/2020 | KA | K. Andersen - SeamlessWeb - Inv # SL-1534-71 - Working Dinner - Ref # 7.73913E+14 | $24.15 |

Total: Meals

$24.15

Grand Total

$41.13